UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:14-CV-80781-ROSENBERG/BRANNON

EDWARD LEWIS TOBINICK, MD, et al.,

    Plaintiffs,

v.

M.D. STEVEN NOVELLA, et al.,

    Defendants.
_____/

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon Plaintiffs' Motion for Hearing [DE 62] on their Verified Motion for Temporary and Preliminary Injunctive Relief [DE 6]. Upon review of the pertinent portions of the record, and otherwise being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the above styled case is set for a **telephonic status conference**. The Court will **not** hear arguments on the Motion for Hearing or the Motion for Temporary and Preliminary Injunctive Relief at the conference. Rather, the telephonic status conference will address: (1) the amount of discovery still required, if any, prior to a hearing on the Motion for Temporary and Preliminary Injunctive Relief; (2) the number of witnesses each side plans to call during the hearing; (3) the amount of time the parties believe the hearing will take; and (4) any other issues related to the hearing itself, and not the underlying legal issues associated with the Motion for Temporary and Preliminary Injunctive Relief.

The telephonic status conference is thus set before the undersigned on **Wednesday, January 28, 2015 at 1:00 p.m.**, at the Paul G. Rogers Federal Building and Courthouse, 701 Clematis Street, Fourth Floor, Courtroom 2, West Palm Beach, Florida 33401. The Court has set aside twenty (20) minutes for the status conference hearing. **Counsel may appear via telephone**

1

**but must file a notice of telephonic appearance at least one (1) day prior to the hearing**.

Instructions for the Tele Conference are below; please call five (5) minutes prior to the hearing.

1.   *Toll-Free Number: 1(877)873-8018*
2.   *Access Code: 9890482*
3.   *Security Code (4008)*

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 23rd day of January, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record