UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach

EDWARD LEWIS TOBINICK, M.D., A
MEDICAL CORPORATION d/b/a THE
INSTITUTE OF NEUROLOGICAL
RECOVERY, a California Medical Corporation;
INR PLLC d/b/a INSTITUTE OF
NEUROLOGICAL RECOVERY, a Florida
professional limited liability company; and
EDWARD TOBINICK, M.D., an individual,

   Plaintiffs,

v.

STEVEN NOVELLA, M.D., an individual;
YALE UNIVERSITY, a Connecticut corporation;
SGU PRODUCTIONS, LLC, a Connecticut
limited liability company; and SOCIETY FOR
SCIENCE-BASED MEDICINE, INC., a Florida
corporation,

   Defendants.
_____/

CASE NO. 14-CIV-80781-RLR

**STIPULATION FOR SUBSTITUTION OF
COUNSEL, CONSENT OF CLIENT AND ORDER THEREON**

IT IS HEREBY STIPULATED that BROAD AND CASSEL is hereby substituted as counsel for the Plaintiffs, EDWARD LEWIS TOBINICK, M.D., A MEDICAL CORPORATION d/b/a THE INSTITUTE OF NEUROLOGICAL RECOVERY, a California Medical Corporation; INR PLLC d/b/a INSTITUTE OF NEUROLOGICAL RECOVERY, a Florida professional limited liability company; and EDWARD TOBINICK, M.D., an individual, and that TRIPP SCOTT, P.A., hereby withdraws as counsel for the Plaintiffs, EDWARD LEWIS TOBINICK, M.D., A MEDICAL CORPORATION d/b/a THE INSTITUTE OF NEUROLOGICAL RECOVERY, a California Medical Corporation; INR PLLC d/b/a INSTITUTE OF

4833-9469-4177.1
10925/0001

NEUROLOGICAL RECOVERY, a Florida professional limited liability company; and

EDWARD TOBINICK, M.D., an individual.

| | |
|---|---|
| Dated: January 26, 2015 | Dated: January 26, 2015 |
| BROAD AND CASSEL | TRIPP SCOTT, P.A. |
| One North Clematis Street, Suite 500 | 110 SE 6TH Street, 15th Floor |
| West Palm Beach, FL 33401 | Fort Lauderdale, FL 33302 |
| Telephone: (561) 832-3300 | Telephone: (954) 525-7500 |
| Facsimile: (561) 655-1109 | Facsimile: (954) 761-8475 |
| By: *[signature]* | By: *[signature]* |
| Mark R. Osherow | Peter G. Herman |
| Florida Bar No. 997013 | Florida Bar No. 353991 |
| mosherow@broadandcassel.com | pgh@trippscott.com |
| Daniel A. Miller | Reid A. Cocalis |
| Florida Bar No. 091804 | Florida Bar No. 724114 |
| damiller@broadandcassel.com | rac@trippscott.com |
| | Alexander D. Brown |
| | Florida Bar No. 752665 |
| | adb@trippscott.com |

*[Consent of Clients and Order on Following Pages]*

2

4833-9469-4177.1
10925/0001

## CONSENT OF CLIENTS

The Plaintiffs, EDWARD LEWIS TOBINICK, M.D., A MEDICAL CORPORATION d/b/a THE INSTITUTE OF NEUROLOGICAL RECOVERY, a California Medical Corporation; INR PLLC d/b/a INSTITUTE OF NEUROLOGICAL RECOVERY, a Florida professional limited liability company; and EDWARD TOBINICK, M.D., an individual, hereby consent and agree to the Stipulation for Substitution of Counsel substituting BROAD AND CASSEL in the place of TRIPP SCOTT, P.A. in the above-styled matter.

Dated: January 26, 2015.

EDWARD LEWIS TOBINICK, M.D., A MEDICAL
CORPORATION d/b/a THE INSTITUTE
OF NEUROLOGICAL RECOVERY, a
California Medical Corporation

By: _Edward Tobinick, President_
As its: _President_

INR PLLC d/b/a INSTITUTE OF NEUROLOGICAL
RECOVERY, a Florida professional limited
liability company

By: _Arthur Tobinick_
As its: _President, Managing Member of INR PLLC_

_Edward Tobinick_
EDWARD TOBINICK, M.D., an individual

3

## ORDER OF SUBSTITUTION OF COUNSEL

**THIS CAUSE** having come before this Court upon the Stipulation for Substitution of Counsel, it is hereby

**ORDERED AND ADJUDGED** that BROAD AND CASSEL, is hereby substituted as counsel for the Plaintiffs, EDWARD LEWIS TOBINICK, M.D., A MEDICAL CORPORATION d/b/a THE INSTITUTE OF NEUROLOGICAL RECOVERY, a California Medical Corporation; INR PLLC d/b/a INSTITUTE OF NEUROLOGICAL RECOVERY, a Florida professional limited liability company; and EDWARD TOBINICK, M.D., an individual, and that TRIPP SCOTT, P.A., shall have no further responsibility in this action.

**DONE AND ORDERED** in Chambers, at _____, Florida, this ___ day of _____, 2015.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

4833-9469-4177.1
10925/0001

## SERVICE LIST

### Case No. 14-CIV-80781-RLR

Alexander D. Brown, Esq.
Peter G. Herman, Esq.
Salvatore H. Fasulo
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-8475
adb@trippscott.com
pgh@trippscott.com
shf@trippscott.com
ele@trippscott.com
rep@trippscott.com

Marc J. Randazza, Esq.
Randazza Legal Group
*Attorneys for Steven Novella, M.D.*
3625 S. Town Center Drive
Las Vegas, NV 89135
Telephone: (702) 420-2001
Facsimile: (305) 437-7662
ecf@randazza.com

Edward S. Polk, Esq.
Jeanne K. Spital, Esq.
COLE, SCOTT & KISSANE, P.A.
*Attorneys for Society for Science-Based Medicine, Inc.*
Dadeland Centre II
9150 S. Dadeland Boulevard, 14th Floor
Miami, Florida 33356
Telephone: (786) 268-6763
Facsimile: (305) 373-2294
Edward.Polk@csklegal.com
Jeanne.Spital@csklegal.com

5

4833-9469-4177.1
10925/0001