UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach

| | |
|---|---|
| EDWARD LEWIS TOBINICK, M.D., A MEDICAL CORPORATION d/b/a THE INSTITUTE OF NEUROLOGICAL RECOVERY, a California Medical Corporation, et al., | CASE NO. 14-CIV-80781-RLR |

      Plaintiffs,

v.

STEVEN NOVELLA, M.D., et al.,

      Defendants.
_____/

## ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS

**THIS CAUSE** having come before this Court upon the Stipulation for Substitution of Counsel, it is hereby

**ORDERED AND ADJUDGED** that BROAD AND CASSEL, is hereby substituted as counsel for the Plaintiffs, EDWARD LEWIS TOBINICK, M.D., A MEDICAL CORPORATION d/b/a THE INSTITUTE OF NEUROLOGICAL RECOVERY, a California Medical Corporation; INR PLLC d/b/a INSTITUTE OF NEUROLOGICAL RECOVERY, a Florida professional limited liability company; and EDWARD TOBINICK, M.D., an individual, and that TRIPP SCOTT, P.A., shall have no further responsibility in this action.

**DONE AND ORDERED** in Chambers, at Fort Pierce, Florida, this <u>28th</u> day of January, 2015.

                                                **ROBIN L. ROSENBERG**
                                                **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record