IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 9:14-CV-80781

EDWARD LEWIS TOBINICK, MD,
A MEDICAL CORPORATION d/b/a
INSTITUTE OF NEUROLOGICAL
RECOVERY, a California medical
corporation; INR PLLC d/b/a
INSTITUTE OF NEUROLOGICAL
RECOVERY, a Florida professional
Limited liability company; and
EDWARD TOBINICK, M.D., an
Individual,

      Plaintiffs,

v

STEVEN NOVELLA, M.D., an
Individual; YALE UNIVERSITY, A
Connecticut corporation; SGU
PRODUCTIONS, LLC, a Connecticut
limited liability company; and SOCIETY
FOR SCIENCE-BASED MEDICINE,
INC., a Florida corporation,

      Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** that Cahen Law, P.A. for Geoffrey M. Cahen, Esq. be substituted as attorneys of record for EDWARD LEWIS TOBINICK, MD, THE INSTITUTE OF NEUROLOGICAL RECOVERY, INR PLLC, M.D. and EDWARD TOBINICK (collectively "Plaintiffs") in the referenced litigation and that Mark R. Osherow, Esq., Daniel A. Miller, Esq. and Broad and Cassel shall no longer represent nor have any responsibility to represent Plaintiffs in this matter.

Counsel respectfully requests that all pleadings, papers and other materials served on Plaintiffs be delivered to Geoffrey M. Cahen; Cahen Law, P.A., geoff@cahenlaw.com, 1900 Glades Road., Suite 355, Boca Raton, Florida 33431.

A proposed Order is provided herewith.

**STIPULATED AND AGREED**

| | |
|---|---|
| Broad and Cassel<br>One North Clematis Street<br>Suite 500<br>West Palm Beach, FL 33401<br>Tel.: 561-832-3300<br>Fax: 561-655-1109 | Cahen Law, P.A.<br>1900 Glades Road<br>Suite 355<br>Boca Raton, FL 33431<br>Phone: 561-922-0430 |
| By __s/Mark R. Osherow__<br>Mark R. Osherow<br>Florida Bar No. 997013<br>Email: mosherow@broadandcassel.com | By: s/Geoffrey M. Cahen<br>Geoffrey M. Cahen<br>Florida Bar No. 0013319<br>Email: geoff@cahenlaw.com |

## CONSENT OF THE PARTIES

Plaintiffs hereby consent to the foregoing Stipulation for Substitution of Counsel.

Edward L. Tobinick, M.D.
By: _[signature]_

INR PLLC
By: _[signature]_

Edward Lewis Tobinick, M.D., a Medical Corporation d/b/a The Institute of Neurological Recovery
By: _[signature]_, PRESIDENT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2015 a true and correct copy of the foregoing has been filed via CM/ECF to the parties on the attached service list.

*s/ Geoffrey M. Cahen*
GEOFFREY M. CAHEN

## SERVICE LIST

Marc John Randazza
2 S. Biscayne Blvd.
Suite Number 2600
Miami, FL 33131
Email: MJR@randazza.com

Andrew H. Marks
Coffey Burlington
2699 South Bayshore Drive
Miami, FL 33133
Email: amarks@coffeyburlington.com

Jeffrey R. Babbin
Wiggin and Dana LLP
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Email: jbabbin@wiggin.com

John M. Doroghazi
Wiggin and Dana, LLP
265 Church Street
P.O. Box 1832
Email: jdoroghazi@wiggin.com

Kimberly Jordan Freedman
Coffey Burlington
2601 South Bayshore Drive, Penthouse
Miami, FL 33133
Email: kfreedman@coffeyburlington.com

Edward Samuel Polk
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd., Suite 1400
Miami, FL 33156
Email: Edward.polk@csklegal.com

3

Darren Joel Spielman
Kain & Associates, Attorneys at Law, P.A.
900 SE Third Avenue, Suite 205
Ft. Lauderdale, FL 33316
Email: dspielman@complexip.com

Daniel A. Miller
Broad and Cassel
1 North Clematis Street, Suite 500
West Palm Beach, FL 33401