UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-80781-Civ-Rosenberg/Brannon

EDWARD LEWIS TOBINICK, M.D., et al.,

    Plaintiff(s),

vs.

STEVEN NOVELLA, M.D., et al.,

    Defendant(s).
_____/

## ORDER MEMORIALIZING COURT RULINGS AT DISCOVERY HEARING

THIS CAUSE is before the Court following a Discovery Hearing held on August 6, 2015. Having heard from the parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that Defendant Steven Novella, M.D.'s Motion for Protective Order (DE 219) is **GRANTED IN PART and DENIED IN PART**. Dr. Novella's objection to producing his tax returns is sustained; however, he shall produce to Plaintiff, no later than 5:00 p.m. on August 18, 2015, any records showing income received from SGU Productions, LLC ("SGU"). Dr. Novella shall also produce to Plaintiff, no later than 5:00 p.m. on August 18, 2015, any emails he sent to SGU or he received from SGU pertaining to Google analytics and any attachments thereto, if they have not already been produced. Dr. Novella's objection to producing documents regarding legal defense funds is sustained. It is further

ORDERED AND ADJUDGED that the deadline to complete fact discovery as to Ralph Sacco, Reams Freedman, and Steven Novella shall be extended to August 18, 2015. Dr. Novella's deposition shall be limited to questions regarding the documents that he has produced to Plaintiff. It is further

2

ORDERED AND ADJUDGED that the parties shall confer, as discussed on the record, and file a notice with the Court no later than 4:00 p.m. on August 7, 2015 regarding the search terms to be used in Dr. Novella's email search. It is further

ORDERED AND ADJUDGED that Defendant Steven Novella, M.D.'s Motion for Extension of Time to File Motion for Protective Order (DE 217) is **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 7th day of August, 2015.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE