UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80781-RLR

| | |
|---|---|
| EDWARD TOBINICK, M.D., an individual, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| STEVEN NOVELLA, M.D., an individual, | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF FILING EXHIBIT L FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT STEVEN NOVELLA, M.D.'S MOTION FOR SUMMARY JUDGMENT**

Undersigned counsel respectfully files the attached Exhibit L to Plaintiffs' opposition to Novella's motion for summary judgment, which is referred to and incorporated in Plaintiffs' papers.

Respectfully submitted,

| | |
|---|---|
| | *s/ Cullin O'Brien* <br> Cullin O'Brien <br> Fla. Bar. No. 0597341 <br> CULLIN O'BRIEN LAW, P.A. <br> 6541 NE 21st Way <br> Ft. Lauderdale, Florida 33308 <br> Telephone: (561) 676-6370 <br> Fax: (561) 320-0285 <br> E-Mail: cullin@cullinobrienlaw.com |

1

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the foregoing and the accompanying exhibits with the ECF system and served same on defense counsel this September 12, 2015.

    */s/ Cullin O'Brien*
     Cullin O'Brien

Marc John Randazza
Randazza Legal Group
3625 South Town Center Drive
Las Vegas, NV 89135
Email: MJR@randazza.com