

From: **Jay Novella** jaynovella@gmail.com
Subject: Domain
Date: July 17, 2013 at 9:04 PM
To: Steven Novella stevennovella@gmail.com

Steve, I got theskepticsguide.net

--
**Jay Novella**
Producer/Director | *SGUProductions llc.*
http://www.theskepticsguide.org
203.470.3593 | jaynovella@gmail.com



PLAINTIFF'S EXHIBIT
Jay N, 1

**From:** Jay Novella jaynovella@gmail.com
**Subject:** Re: Membership Questions : Membership cancellation
**Date:** June 26, 2015 at 11:15 AM
**To:** hnokki@live.com
**Cc:** Steven Novella snovella@theskepticsguide.org, Joel Bellucci joelbellucci@gmail.com

Ragnar,

First thank you for supporting the SGU :)   All you have to do is cancel your recurring payment via your paypal account.  This will cancel your membership once the payment lapses.

-Jay

On Fri, Jun 26, 2015 at 11:13 AM, The Skeptics Guide to the Universe <info@theskepticsguide.org> wrote:

**From:** Ragnar Birgisson

**Email:** hnokki@live.com

**Location:** Iceland

**Category:** Membership Questions

**Subject:** Membership cancellation

**Message:** Hi!

I need to cancel my subscription to the SGU (hopefully only temporarily), but I can't find any way to do so on your website. Could I get a little help, please?

Ragnar

--
This e-mail was sent from a contact form on The Skeptics Guide to the Universe (http://www.theskepticsguide.org)

--
**Jay Novella**
Producer/Director | *SGUProductions llc.*
http://www.theskepticsguide.org
203.470.3593 | jaynovella@gmail.com


PLAINTIFF'S EXHIBIT
Jay N. 30







# Press Passes

Members of the press are welcome and encouraged to attend NECSS, and a limited number of press passes are available. If you are interested in attending NECSS as a member of the press, or would like to schedule an interview with a NECSS representative or speaker, please complete the below form.

## PRESS PASS REQUEST FORM

**NAME ***

First              Last

**EMAIL ***

**WEBSITE**

**PHONE ***

**ORGANIZATION/MEDIA OUTLET ***

**I AM INTERESTED IN THE FOLLOWING: ***
- ☐ Attending NECSS workshops (Thursday)
- ☐ Attending the main conference (Friday - Sunday)
- ☐ Attending the SGU Extravaganza (Friday night)

Please check all that apply.

**I AM INTERESTED IN INTERVIEWING NECSS SPEAKERS ***
- ☐ NONE



- ☐ Jann Bellamy
- ☐ Debbie Berebichez
- ☐ Heather Berlin
- ☐ Yelena Bernadskaya
- ☐ Evan Bernstein
- ☐ Mark Crislip
- ☐ Linda Curtis-Bey
- ☐ Julia Galef
- ☐ Jeanne Garbarino
- ☐ Simona Giunta
- ☐ David Gorski
- ☐ Harriet Hall
- ☐ Stephen S. Hall
- ☐ Laura Helmuth
- ☐ George Hrab
- ☐ Marty Klein
- ☐ Maria Konnikova
- ☐ Rachel Meyer
- ☐ Bob Novella
- ☐ Jay Novella
- ☐ Steve Novella
- ☐ Bill Nye
- ☐ Paul Offit
- ☐ Massimo Pigliucci
- ☐ John Rennie
- ☐ Ann Reynolds
- ☐ Mark Siddall
- ☐ Sabriya Stukes
- ☐ Jamy Ian Swiss
- ☐ Brian Wecht
- ☐ Latasha Wright
- ☐ NECSS Representative

Please check all that apply.

Submit

SUPPORT NECSS    ABOUT NECSS    NECSS MEDIA    CONTACT

| DONATE | HISTORY | VIDEOS | PRESS CENTER |
| SPONSOR NECSS | PRIOR SPEAKERS | PHOTOGRAPHS | CONTACT US |
| VOLUNTEER | SPONSORS | | |

©2015 NECSS

SITE DESIGN & DEVELOPMENT - CARYELIZABETH.COM

SGU Private Show - NECSS                                                                    8/23/15, 10:17 AM



This is your opportunity to join the full Skeptics' Guide to the Universe crew (and a special guest or two) for a private, after-hours taping of the hit podcast. This taping is strictly limited to 30 attendees.

## EVENT DETAILS

Date: Saturday April 11
Time: 9:00PM – 10:30PM
Location: To be announced
Cost: $75

PLAINTIFF'S EXHIBIT
JAN N. 27

theskepticsguide.org



Home  Resources  Media  Become a Member  Store  Forums  Contact  Science News

# BECOME A MEMBER!



> Access to all SGU premium content. This includes 10-20 minutes of extra content generated most weeks by the SGU - Additional segments, uncut interviews, and behind-the scenes material.

> You will be added to our e-mail list (optional) and receive occasional updates on SGU events and activity, and personal updates about the Rogues.

> Discounted admission to NECCS
(The Northeast Conference on Science and Skepticism)

> The indescribable joy of supporting the SGU and skeptical outreach

CLICK HERE!

## Latest Podcast: Episode #527 – 08/15/2015

 Forgotten Superheroes of Science: Marie Tharp; News Items: Skin Cells into Brain Cells, Registering Studies, Search Engines Influence Elections, Earth and Moon, Scotland Bans GMOs, Whos That Noisy, Science or Fiction

Download    Show Notes    Transcripts    Archives    Subscribe

Click here for our podcast archive.

## Want access to exclusive content?

Signup as a premium member to gain access to discounts, premium podcasts and a members-only newsletter.

Become a Member!

## Blogs

**RISK FACTORS FOR ALZHEIMER'S DISEASE**

A new meta-analysis of 323 studies looks at 93 possible factors associated with the risk [...]

Continue reading post from The NESS

**DIAMOND LASER BREAKTHROUGH**

Researchers have developed a diamond laser that, at 380 watts, is 20 times more powerful [...]

Continue reading post from SGU Science News

 Custom Search  Search

Hey! Rebel Scum!

Become a Member

Connect with the SGU!



Do you like T-Shirts?

SGU Store

stamps.com $110 BONUS OFFER CLICK HERE



huluplus 2 Weeks Free

Price. Selection. Convenience.
amazon.com
privacy information



PLAINTIFF'S EXHIBIT
JAYN 23
PENGAD 800-631-6989



MEET ANYWHERE with GOTOMEETING

## Want access to exclusive content?

Signup as a premium member to gain access to discounts, premium podcasts and a members-only newsletter.

**Become a Member!**





## Blogs

**RISK FACTORS FOR ALZHEIMER'S DISEASE**

A new meta-analysis of 323 studies looks at 93 possible factors associated with the risk […]

*Continue reading post from The NESS*

Fri, Aug 21, 2015 | Visit source ›

**DIAMOND LASER BREAKTHROUGH**

Researchers have developed a diamond laser that, at 380 watts, is 20 times more powerful […]

*Continue reading post from SGU Science News*

Thu, Aug 20, 2015 | Visit source ›



## Events

There are no events to display

## New Video

See our latest YouTube video: SGU 10-Hour Show Part 1



### Member Login Area

You are not currently logged in.

Username:

Password:

☐ Remember Me

**Login**

» Lost your Password?



# SGU — The Skeptics' Guide to the Universe

Home · Resources · Media · Become a Member · Store · Forums · Contact · Science News

## We Are Being Sued...

For the whole story and details on how to help,

**click here**

or go to skepticsguide.org/legaldefense

## Latest Podcast: Episode #527 – 08/15/2015



Forgotten Superheroes of Science: Marie Tharp; News Items: Skin Cells into Brain Cells, Registering Studies, Search Engines Influence Elections, Earth and Moon, Scotland Bans GMOs, Whos That Noisy, Science or Fiction

Download · Show Notes · Transcripts · Archives · Subscribe

**Click here** for our podcast archive.

### Want access to exclusive content?

Signup as a premium member to gain access to discounts, premium podcasts and a members-only newsletter.

**Become a Member!**

## Blogs

**RISK FACTORS FOR ALZHEIMER'S DISEASE**

A new meta-analysis of 323 studies looks at 93 possible factors associated with the risk [...]

*Continue reading post from The NESS*

**DIAMOND LASER BREAKTHROUGH**

Researchers have developed a diamond laser that, at 380 watts, is 20 times more powerful [...]

*Continue reading post from SGU Science News*

---



Hey! Rebel Scum!

**Become a Member**

Connect with the SGU!

Do you like T-Shirts?

**SGU Store**







The Skeptics Guide to the Universe | Weekly science podcast produ...oductions Inc. Also provides blogs, forums, videos and resources.    8/21/15, 3:52 PM



Home   Resources   Media   Become a Member   Store   Forums   Contact   Science News



# BECOME A MEMBER!

> Access to all SGU premium content. This includes 10-20 minutes of extra content generated most weeks by the SGU - Additional segments, uncut interviews, and behind-the scenes material.

> You will be added to our e-mail list (optional) and receive occasional updates on SGU events and activity, and personal updates about the Rogues.

> Discounted admission to NECCS
(The Northeast Conference on Science and Skepticism)

> The indescribable joy of supporting the SGU and skeptical outreach

CLICK HERE!

## Latest Podcast: Episode #527 – 08/15/2015



Forgotten Superheroes of Science: Marie Tharp; News Items: Skin Cells into Brain Cells, Registering Studies, Search Engines Influence Elections, Earth and Moon, Scotland Bans GMOs, Whos That Noisy, Science or Fiction

Click here for our podcast archive.

## Want access to exclusive content?

Signup as a premium member to gain access to discounts, premium podcasts and a members-only newsletter.



Become a Member!

## Blogs

**RISK FACTORS FOR ALZHEIMER'S DISEASE**

A new meta-analysis of 323

**DIAMOND LASER BREAKTHROUGH**

Researchers have developed a

theskepticsguide.org

## Want access to exclusive content?

Signup as a premium member to gain access to discounts, premium podcasts and a members-only newsletter.

**Become a Member!**





## Blogs

**RISK FACTORS FOR ALZHEIMER'S DISEASE**

A new meta-analysis of 323 studies looks at 93 possible factors associated with the risk [...]

*Continue reading post from The NESS*

Fri, Aug 21, 2015 | Visit source ›

**DIAMOND LASER BREAKTHROUGH**

Researchers have developed a diamond laser that, at 380 watts, is 20 times more powerful [...]

*Continue reading post from SGU Science News*

Thu, Aug 20, 2015 | Visit source ›



## Events

There are no events to display

## New Video

See our latest YouTube video: SGU 10-Hour Show Part 1



### Member Login Area

You are not currently logged in.

Username:

Password:

☐ Remember Me

**Login**

» Lost your Password?

Case 9:14-cv-80781-RLR   Document 274-1   Entered on FLSD Docket 09/12/2015   Page 14 of 17

The Skeptics Guide to the Universe | Weekly science podcast produ...oductions Inc. Also provides blogs, forums, videos and resources.    8/21/15, 3:52 PM

studies looks at 93 possible factors associated with the risk […]

diamond laser that, at 380 watts, is 20 times more powerful […]

*Continue reading post from The NESS*
Fri, Aug 21, 2015 | Visit source ›

*Continue reading post from SGU Science News*
Thu, Aug 20, 2015 | Visit source ›

## Events

There are no events to display

## New Video

See our latest YouTube video: SGU 10-Hour Show Part 1



Google™ Custom Search    [Search]

### Hey! Rebel Scum!

[Become a Member]

### Connect with the SGU!

### Do you like T-Shirts?

[SGU Store]

Case 9:14-cv-80781-RLR   Document 274-1   Entered on FLSD Docket 09/12/2015   Page 15 of 17

The Skeptics Guide to the Universe | Weekly science podcast produ...oductions, Inc. Also provides blogs, forums, videos and resources.   8/21/15, 3:52 PM





### Member Login Area

You are not currently logged in.

Username:

Password:

☐ Remember Me

Login

» Lost your Password?

Copyright © 2015 SGU Productions, LLC                                Site Development by Scenario Seventy Seven

The Skeptics Guide to the Universe | Weekly science podcast produ...oductions llc. Also provides blogs, forums, videos and resources.

8/21/15, 3:52 PM



# SGU
THE SKEPTICS' GUIDE TO THE UNIVERSE

Home  Resources  Media  Become a Member  Store  Forums  Contact  Science News

## We Are Being Sued...
For the whole story and details on how to help,
**click here**
or go to skepticsguide.org/legaldefense



## Latest Podcast: Episode #527 – 08/15/2015



Forgotten Superheroes of Science: Marie Tharp; News Items: Skin Cells into Brain Cells, Registering Studies, Search Engines Influence Elections, Earth and Moon, Scotland Bans GMOs, Whos That Noisy, Science or Fiction

Download | Show Notes | Transcripts | Archives | Subscribe

**Click here** for our podcast archive.

### Want access to exclusive content?
Signup as a premium member to gain access to discounts, premium podcasts and a members-only newsletter.

**Become a Member!**

## Blogs

**RISK FACTORS FOR ALZHEIMER'S DISEASE**
A new meta-analysis of 323 studies looks at 93 possible factors associated with the risk [...]
Continue reading post from The NESS

**DIAMOND LASER BREAKTHROUGH**
Researchers have developed a diamond laser that, at 380 watts, is 20 times more powerful [...]
Continue reading post from SGU Science News



### Sidebar

Google Custom Search  [Search]

Hey! Rebel Scum!

**Become a Member**

Connect with the SGU!

   

Do you like T-Shirts?
**SGU Store**

 $110 BONUS OFFER CLICK HERE

 huluPLUS 2 Weeks Free

 Price. Selection. Convenience. amazon.com

MEET ANYWHERE with GOTOMEETING



PLAINTIFF'S EXHIBIT
JAW.22