# SGU Episode 472

From SGUTranscripts

 This episode needs:  proof-reading,

How to
Contribute

## Contents

- 1 Introduction
- 2 This Day in Skepticism (1:40)
- 3 News Items
    - 3.1 SGU Gets Sued (4:00)
    - 3.2 Mike Adams and Monsanto (14:02)
    - 3.3 Malaysia Flight MH17 Conspiracy Theories (23:24)
    - 3.4 Ken Ham Denies Aliens (34:10)
    - 3.5 The Vaccination Chronicles (44:21)
    - 3.6 Pits on the Moon (45:00)
- 4 Who's That Noisy? (51:46)
- 5 Questions and Emails
    - 5.1 Humor in Science (55:32)
- 6 Science or Fiction (1:04:38)
- 7 Skeptical Quote of the Week (1:19:06)
- 8 Announcements (1:19:37)
- 9 Today I Learned...
- 10 References

## Introduction

*You're listening to the Skeptics'-Guide to the Universe, your escape to reality.*

S: Hello and welcome to The Skeptic's Guide to the Universe. Today is Thursday, July 24th, 2014, and this is your host, Steven Novella. Joining me this week are Bob Novella,

---

**SGU Episode 472**

26th Jul 2014



SGU 471                              SGU 473

### Skeptical Rogues

S: Steven Novella
R: Rebecca Watson
B: Bob Novella
J: Jay Novella
E: Evan Bernstein

### Quote of the Week

*Faced with the choice between changing one's mind and proving that there is no need to do so, almost everyone gets busy on the proof.*

John Kenneth Galbraith

### Links

Download Podcast
(http://media.libsyn.com/media/skepticsguide/skepticast2014-07-26.mp3)
Show Notes
(http://www.theskepticsguide.org/podcast/sgu/472)
Forum Topic (http://sguforums.com/index.php?topic=44221.0)

---

PLAINTIFF'S EXHIBIT
JAY N. 21
FEIGBO 800-631-6989

B: Hey, everybody!

S: Rebecca Watson,

R: Hello, everyone.

S: Jay Novella,

J: Hey, guys.

S: and Evan Bernstein.

E: Ooh! It's good to be back! How's everyone doing?

R: Yeah, it's been a while.

B: Good! Yeah!

E: We've all been on the road, so many places ...

J: On the go!

R: Apparently, both Jay and I got sick for the trouble.

S: I was a little sick too.

R: Hmm ...

B: I would

S: It's hard to shake hands with a thousand people and not pick something up.

J: Yep.

R: Yeah.

E: Come on, skeptics; wash your hands, please.

J: I was talkin' to someone at work, and we were both thinking that maybe it's just airline travel. You can't get away from germs in the plane, you know?

R: I think it's all of that. Cons, you've got people from all over, some with not the most sanitary habits. (Rogues laugh) Admittedly, you know ... not everybody washes their hands, and you're all crowded into one spot; and yeah, it's the same with the airplane, with the recycled air. And then, also, with me at least, cons means staying up all night, usually having too much to drink, or something like that. Just overdoing it, stressing yourself out to the limit.

E: Someone buys you a drink, they put their hand on the drink, you don't know where it's been, all that good stuff.

R: Ew! What?

E: Right! Touched the edge of the glass! It's all over!

S: They licked the rim of the glass ...

E: I know!

R: I was picturing somebody just sticking their hand inside your beer or something.

## This Day in Skepticism (1:40)

July 26, 1895 Pierre and Marie Curie Married
http://wiki.answers.com/Q/When_did_Marie_Curie_and_Pierre_Curie_get_married

R: Hey, happy anniversary ...

B: Thank you!

R: ... to the Curies.

B: Oh, cool!

R: Are you Pierre, or Marie, Bob?

B: I'm Marie, of course!

R: Yeah, good choice.

B: She was cooler!

R: Yeah, in 1895, Pierre Curie, and Marie Skłodowska got hitched in France. A team was formed. They of course, went on to win a Nobel Prize. Two years after they got married, they had a daughter, Irene, who married Frederic Joliot – I think that's how you say it. I don't know. And then they together won a Nobel Prize too!

S: Yeah, that's pretty amazing.

R: Can you believe it?

J: What was their prize?

R: Also in Chemistry, wasn't it?

S: Her real first name was what?

E: Marya?

R: Oh,

S: Marya, yeah, Marya.

B: Really?

S: Yeah, not Marie. She ...

B: Like the Moon?

S: She Frenchified it.

E: No, "e," it's a "y" in there.

S: Mary "A"

E: If you want to view her original documents and notes and stuff, it's protected in a lead box, and you have to get all into a suit, and put on protective clothes if you want to examine the original documents. They're so-o-o contaminated with radiation[1] ...

B: Oh my god! Wow!

R: Yeah.

E: Cool.

B: That sucks.

E: Well, not cool, but, you know. Interesting.

R: Well, it's slightly tragic. (Chuckles)

E: Yeah, it's unfortunate.

S: It's like, almost inevitable that whoever really discovered radioactive elements, or radioactivity would have died from it before we learned how dangerous that it was. Someone had to take that hit for the team.

R: But hey! At least they died together.

(Rogues laugh)

E: They did!

R: Actually, I don't know how closely they ...

J: Now that you say that, I have to believe that's what happened.

R: Yeah, they got married, they won the Nobel Prize together, and then they died from radioactivity ...

E: Radiation poisoning.

S: A love story for the ages.

(Jay laughs)

E: It started like Romeo and Juliet, but ended in tragedy.

S: Yep. Marie Curie is also famous for being the only female scientist that most people can name.

R: Yeah.

B: Yes.

R: Which is sad, because, again, she had a daughter who also won a Nobel Prize. So at the very least, you should be able to mention Irene.

# News Items

## SGU Gets Sued (4:00)

http://www.sciencebasedmedicine.org/another-lawsuit-to-suppress-legitimate-criticism-this-time-sbm/

S: Well, we have some interesting news items to go through today. So, I guess it was inevitable,

B: Yes.

S: that I would get sued.

(Rogues laugh nervously)

J: Well, not just you, Steve.

S: Yeah, not just me. So, The Society for Science-Based Medicine (http://www.sfsbm.org/), SGU Productions (http://www.theskepticsguide.org/), me individually, and just for good measure, Yale University were all sued by Dr. Edward Tobinick for an article I wrote on Science-based Medicine (http://rationalwiki.org/wiki/Science-Based_Medicine) over a year ago in which I was somewhat critical of Dr. Tobinick's practice.

B: Ooh!

E: How dare you!

S: So, the quick skinny on this, guys, that he is a dermatologist and an internist, but he decided to specialize in neurology without ever getting any formal training or being board certified. So, he set up The Institute for Neurological Recovery (http://www.nrimed.com/) – not to be suggestive at all. And he's using an off-label drug,

Enbrel, etanercept, to treat a variety of things, including Alzheimer's disease, strokes, traumatic brain injury, and back pain due to disk disease. How could one drug treat so many things, you might be asking.

R: It can't? It does not?

S: Well, it probably can't! So, there's no double-blind placebo controlled trials looking at Enbrel for Alzheimer's disease or stroke or traumatic brain injury. He's claiming that these diseases are all caused by inflamation; and he has videos online showing people, within minutes, recovering from their stroke after getting the perispinal injection of Enbrel, which is highly implausible.

E: Steve, isn't that a red flag of these pseudoscientists who have ... there's one cause of the disease, right, for everything. That's a sure red flag, I'm (Inaudible).

S: I mean, there's red flags all over the place, which is what my original article was about. Just, look at all the red flags, you know. Yeah, one drug for many things, such rapid recovery; guy's not even a specialist with proper training, and he thinks he's revolutionized – paradigm shift – in the treatment of all these various things. He's really hard-selling his services with these videos. He's targetting a fairly desperate population with unmet needs. All the red flags are there. I'm also not the first person he's sued over this.

Tobinick was also the target of a Medical Board of California accusation against him. The Board essentially concluded that he promoted and advertised off-label use of an FDA-approved drug, claiming breakthroughs and innovation, that what he was doing was, constituted unprofessional conduct under the California Business and Professional code.

R: Did he sue them?

S: (Chuckles) No. He actually had to agree to serve a one year on probation, during which time he was required to complete courses in ethics and prescribing practices. Basically, a slap on the wrist. Then he opened up a clinic in Florida, which I pointed out is a very friendly state to physicians who practice, let's say, non-traditional medicine.

Clearly, what this represents is just his use of legal thuggery to try to silence criticism. That's what he's trying to do. I've written a thousand of these articles dissecting dubious claims that go way beyond the evidence. If you read his reviews on Yelp, there are patients who claim that he will charge ... first of all, he invites them in for a free consultation. But the consultation isn't with a physician. It's basically with somebody who works for him. It's almost like just a sales rep.

Then, of course, you have to pay to see the physician, and he charges something like $4000 for a treatment.

E: Whoa!

B: Wow.

S: What triggered my blog post about him on Science-based Medicine was an article in the L.A. Times which discusses his – one particular case; there was a woman with Alzheimer's disease, and he gave her 165 injections over four years for a total cost of $132,000 at least. I mean, that's just calculating out what they said he was charging.

And she continued to progress, really without any apparent change in the course of the illness, and died four years later in 2011. So, you know, that's pretty disgusting, sucking $132,000 out of a desperate husband who's treating his wife for Alzheimer's disease.

The lawsuit is underway, and, you know, it's a pain in the ass. What can I say? But we're gonna fight it. I mean, the thing is, we had this conversation. It wasn't much of a conversation, but we had to decide ... we could have taken the easy way out and just removed the post from Science-based Medicine, but I felt very strongly that if we did that, we basically would be baring our throats to every charlatan out there who we've ever criticized, or are going to criticize in the future. Yeah, so we just couldn't do that.

So, even though we knew that this was going to be a risky and expensive endeavor, I see we have no choice but to fight as hard as we can.

R: Well, geez, Steve, do you think that it's okay that we talk about this guy here on SGU now? Just kidding, this guy!

(Rogues laugh)

S: Yeah, I mean, to be honest, we announced this week, this is where we went public with the fact that we're being sued. I wrote a blog post about it on Science-based Medicine, and on Neurologica (http://theness.com/neurologicablog/). Orac (http://scienceblogs.com/insolence/author/oracknows/) wrote about it on Respectful Insolence (http://scienceblogs.com/insolence/). And the story's now spreading through the Skeptical interwebs.

And part of, obviously, the calculus of deciding that we need to fight this tooth and nail, is knowing that the skeptical community has a history of supporting our own members who are targeted by lawsuits. You remember Simon Singh, who was sued; and Paul Offit was sued; and Ben Goldacre was sued; so, you know.

R: We're in good company.

S: Yeah, when these things happen, we just have to ... we have to fight as hard as we can.

J: But, the lawsuit though, Steve, it sets a very good precedent. We're letting people know that you can't sue someone out of freedom of speech, and freedom of information.

S: Yeah.

J: And most importantly, like Steve said before, fighting this guy all the way to the very end puts a message out there that this is what we're gonna do if you try to silence us. We're not spreading misinformation, or misleading information, or things that we know to not be true. We are actually stating what science says.

S: Yeah, it's my professional opinion about what the current state of the science is, and this guy's practice. So, that's perfectly legitimate public discussion and opinion.

E: Steve, is he suing you because he believes that your post is some kind of advertisement?

S: Well, I wouldn't make any statements about what he believes. Let me just say that the legal strategy they're taking is to file under what's called the Lanham Act, which means that they're essentially claiming that my blog post was an advertisement for my Neurology practice at Yale, and therefore constitutes unfair competition because I was unfairly criticizing this competitor from many states away, who Yale didn't even know existed until this lawsuit happened.

E: Oh, this is so slimy and so snakey, and so, ugh, god!

J: Also, in the science community, everybody takes heat, right? Part of the scientific process is to publish in a peer review, which he's not doing, number 1.

S: Well, he's publishing studies; he's just not publishing double-blind placebo-controlled trials. He's doing like what Stanislaw Burzynski is doing. "Oh, here's some case reports and case series and review articles and opinion pieces, but not the kind of data that would actually show if his treatments actually work or not. Because, in my opinion, it's all placebo effects. It's like the cheer-leader effect.

And it's remarkably similar, by the way, to another Florida clinic that I criticized years ago, William Hammesfahr, who was also treating patients years after they had a stroke with drugs, claiming that they could instantly reverse the symptoms of stroke. It's the same deal, you know what I mean? Remarkably similar population that's being targetted, claims that are being made, implausibility, huge amounts of cash on the barrel. In this case, insurance does not appear to be covering these treatments. Why should they?

Yeah, we'll keep you updated as the case proceeds. It's unfortunately going to be expensive. Even if we get out by the shortest possible legal route, it's gonna be tens of thousands of dollars. But we are getting lots of offers of support. So hopefully we'll try to use what support we have to keep the cost as reasonable as possible. But even a frivolous case, it's tens of thousands of dollars to defend yourself from a frivolous case.

J: What a waste of time and money too, the amount of time that Steve and I have been directing towards this, just dealing with the paperwork, and dealing with what's next, and talking to the lawyer, and all that stuff; it's hours and hours and hours, and it's draining!

S: Yeah.

J: It's a big deal, and we haven't even gone to trial yet!

S: Well, hopefully it never will. The goal is for it to get dismissed at some point along the line. We don't want it to get to trial, but ... I think the guy doesn't have a case. The fact that he's going the advertisement route, and ... there are lots of signs that this is a desperate case. I suspect he was hoping to intimidate me into pulling the article ...

R: Oh, absolutely!

S: I mean, I think that he's gonna go the distance, but I think he was hoping that I would just cave at some point. But, that's not gonna happen Dr. Tobinick. We're gonna fight this to the end.

J: Many people have emailed us asking where they can help support this effort. So you can go to theskepticsguide.org/legaldefense (http://theskepticsguide.org/legaldefense)

## Mike Adams and Monsanto (14:02)

http://theness.com/neurologicablog/index.php/mike-adams-is-a-dangerous-loon/

S: So, another thing cropped up today, that I have to mention. You guys know our friend, Mike Adams, the Health Ranger from NaturalNews. This guy is a dangerous douchebag, and I mean that sincerely. So, his latest rant is this long, paranoid screed basically accusing anyone who is not anti-GMO of being a Nazi sympathizer. And I'm not exaggerating!

B: (Chuckles) The Nazi card!

S: He plays the Nazi card – it's a Godwin from beginning to end. Full of Nazi references, saying that people who are defending GMO are like the collaborators with the Nazis; and the Nazi's killing people and using science to defend ...

E: Hyperbole much?

S: Oh, it's just incredible, the hyperbole. Yeah, it's incredible. He doesn't have a lick of evidence. There's not a link ...

E: Never has!

S: ... to anything. It's just him pulling crap out of his ass, just making stuff up, and just literally claiming that anyone who defends GMOs is a paid Monsanto shill. He says it matter-of-factly that Monsanto hired these people to lie for them, and basically they are taking money from Monsanto and lying in order to poison and kill millions of people.

E: Here, I'll play Devil's Advocate. How about this?

S: Okay.

E: Mike Adams has a serious mental condition that he cannot help himself from acting this way. What do you think about that?

S: I don't want to speculate about peoples' mental conditions, because ...

E: I do.

S: Yeah,

E: No, really. I mean, there's a sense of not ... of total detachment from reality from this guy, to the point where, his website ...

S: That is a possible explanation.



## SGU SCIENCE NEWS
SCIENCE · SKEPTICISM · GEEKDOM

### Podcast #472 - July 26th, 2014



This Day in Skepticism: Pierre and Marie Curie
News Items: SGU Sued, Mike Adams and Monsanto, Malaysia Flight MH17, Ken Ham Denies Aliens, Pits on the Moon
Who's That Noisy
Your Questions and E-mails: Humor in Education
Science or Fiction




Download Podcast    Print Show Notes    View Transcript

#### This Day in Skepticism

July 26, 1895
Pierre and Marie Curie Married
http://wiki.answers.com/Q/When_did_Marie_Curie_and_Pierre_Curie_get_married

#### News Items

SGU Gets Sued
http://www.sciencebasedmedicine.org/another-lawsuit-to-suppress-legitimate-criticism-this-time-scm/

Mike Adams and Monsanto
http://thenews.com/neurologicblog/index.php/mike-adams-is-a-dangerous-loon/

Malaysia Flight MH17 Conspiracy Theories
https://www.youtube.com/watch?v=ecR_GpsjI

Ken Ham Denies Aliens
http://theress.com/neurologicblog/index.php/aliens-are-sinful/

Pits on the Moon
http://www.theskepticsguide.org/the-surface-of-the-moon-is-the-pits-unless-youre-m-s-of

#### Who's That Noisy

Who's That Noisy
Answer to #469: Janov #470: Benny Horn

#### Questions and Emails

Question #1: Humor in Science
Love the show – long time listener and so forth. I look forward to meeting you all at the upcoming Australian Skeptic's conference. This question may be of particular interest to say, as I've shiksa me as a Weird Al fan. I was listening to this new Weird Al Yankovic album Mandatory Fun earlier today and it got me thinking, always a good thing) – do you think humor is a good introduction to skepticism? Weird Al's song 'Word Crimes' is a good

---

Main Science News Page

Categories

Astronomy / Physics

Biology / Evolution

Chemistry / Earth Science

Critical Thinking

Faith / Religion

Geology

Health & Life Sciences

History

Humor

Legal

Paranormal

Pseudoscience

Social & Historical Sciences

Technology

The Skeptics' Guide


Search

Hey! Rebel Scum!





Home   Resources   Media   Become a Member   Store   Forums   Contact   Science News

## Podcast #472 - July 26th, 2014



This Day in Skepticism: Pierre and Marie Curie
News Items: SGU Sued, Mike Adams and Monsanto, Malaysia Flight MH17, Ken Ham Denies Aliens, Pits on the Moon
Who's That Noisy
Your Questions and E-mails: Humor in Education
Science or Fiction

### This Day in Skepticism

**July 26, 1895**
Pierre and Marie Curie Married http://wiki.answers.com/Q/When_did_Marie_Curie_and_Pierre_Curie_get_married

### News Items

**SGU Gets Sued**
http://www.sciencebasedmedicine.org/another-lawsuit-to-suppress-legitimate-criticism-this-time-sbm/

**Mike Adams and Monsanto**
http://theness.com/neurologicablog/index.php/mike-adams-is-a-dangerous-loon/

**Malaysia Flight MH17 Conspiracy Theories**
https://www.youtube.com/watch?v=ecl9_Odajll

**Ken Ham Denies Aliens**
http://theness.com/neurologicablog/index.php/alions-are-sinners/

**Pits on the Moon**
http://www.theskepticsguide.org/the-surface-of-the-moon-is-the-pits-unless-youre-in-a-pit

### Who's That Noisy

**Who's That Noisy**
Answer to #469: Janov #470: Benny Hinn

### Questions and Emails

**Question #1: Humor in Science**

Love the show – long time listener and so forth. I look forward to meeting you all at the upcoming Australian Skeptic's conference. This question may be of particular interest to Jay, as he strikes me as a Weird Al fan… I was listening to the new Weird Al Yankovic album Mandatory Fun earlier today and it got me thinking (always a good thing) – do you think humour is a good introduction to skepticism? Weird Al's song 'Word Crimes' is a good example of this – it attacks common grammatical and linguistic errors via a catchy (if somewhat disposable) song. George Hrab also skirts the line between education and piss-taking in some of his songs, but humour can be a double edged sword, particularly if people think you're making fun of them. What do you think? Is humour a good way to get around mental barriers that a logical argument may not? On a totally different note, I am a hot air balloon pilot and would like to offer you a flight when you're in Australia. Hopefully the finer details of the trip are starting to come together – please let me know if you're at all interested as there are some logistics involved in arranging crew. I gave Geo a flight the last time he was out here so he should be able to vouch for my comparative safety. Keep up the good work. Cheers, John Turnbull Sydney Australia ps. forgive the constant misspelling of the word 'humour' – I am Australian and that is how it is spelt ;)

## Science or Fiction

### Item #1
A new study finds that mouse-eared bats use the polarization of light in the evening sky to calibrate their magnetic sense of direction.
http://www.mpg.de/8313923/polarized_light_bats

### Item #2
Researchers find that worker honey bees keep their hives cool by using their bodies to absorb heat and then transfer the heat to cooler parts of the hive.
http://www.sciencedaily.com/releases/2014/07/140723161912.htm

### Item #3
A 15 year study of blue whale feeding behavior finds that their feeding grounds have been moving steadily north.
http://www.plosone.org/article/info%3Adoi%2F10.1371%2Fjournal.pone.0102959

## Skeptical Quote of the Week

### Skeptical Quote of the Week
'Faced with the choice between changing one's mind and proving that there is no need to do so, almost everyone gets busy on the proof.' - John Kenneth Galbraith

**Main Science News Page**

Categories

**Astronomy / Physics**

**Biology / Evolution**

**Chemistry / Earth Science**

**Critical Thinking**

**Faith / Religion**

**Geology**

**Health & Life Sciences**

**History**

**Humor**

**Legal**

**Paranormal**

**Pseudoscience**

**Social & Historical Sciences**

**Technology**

**The Skeptics' Guide**

Search

Hey! Rebel Scum!

Become a Member

Connect with the SGU!



Do you like T-Shirts?

SGU Store

You May Like        Sponsored Links

Buffett's Empire Is In Peril... And
He Knows It
The Motley Fool

Next Big Thing in High-Tech
Startups to Watch
VentureCapital News

Lifetime Releases the Latest
Season of BRING IT! Online
History Channel

Brand New Sleep-Aid Takes
Walgreens by Storm
Somnapure Sleeping Aid

by Taboola



"Everything you can do at the Post Office, you can do with Stamps.com!"
-DR. STEVEN NOVELLA AND JAY NOVELLA

**hulu**PLUS   2 Weeks Free ›

Price. Selection. Convenience
amazon.com
privacy information



MEET ANYWHERE
*with*
GOTOMEETING

GoToMeeting

TRY IT FREE FOR 30 DAYS

**All your accounts, all in one place**

Before you can manage your mon
you have to make sense of it. See
your financial accounts, all in one



JOIN US

ıl PERSONAL C

Member Login Area

You are not currently logged in.

Username:

Password:

☐ Remember Me

Login

» Lost your Password?

Copyright © 2015 SGU Productions, LLC

Site Development by Somnus Security Server

# Science Based Medicine / SGU Legal Defense Support

SGU Productions, the Society for Science-based medicine, and Dr. Novella are being sued for an article that he wrote in May of 2013 on Science-Based Medicine. (Update – SGU Productions has been dropped from the suit, and the SfSBM has prevailed on their summary judgement. Dr. Novella is now the sole defendant.) The SBM piece, which was inspired by an article in the *LA Times*, gave this summary:

> The story revolves around Dr. Edward Tobinick and his practice of perispinal etanercept (Enbrel) for a long and apparently growing list of conditions. Enbrel is an FDA-approved drug for the treatment of severe rheumatoid arthritis. It works by inhibiting tumor necrosis factor (TNF), which is a group of cytokines that are part of the immune system and cause cell death. Enbrel, therefore, can be a powerful anti-inflammatory drug. Tobinick is using Enbrel for many off-label indications, one of which is Alzheimer's disease (the focus of the LA Times story).

The claims and practice of Dr. Tobinick have many of the red flags of a dubious medical practice, of the sort that we discuss regularly on the SGU and at SBM. Dr. Tobinick wants us to remove the post from SBM, and he is using legal thuggery in an attempt to intimidate us and silence our free speech because he finds its content inconvenient

Of course, we have no intention of removing the post as we feel it is critical to the public's interest. This is what we do at SBM – provide an objective analysis of questionable or controversial medical claims so that consumers can make more informed decisions, and to advance the state of science in medicine.

We also feel it is critical not to cave to this type of intimidation. If we do, we might as well close up shop (which I suspect the Tobinicks of the world would find agreeable). Defending against even a frivolous lawsuit can be quite expensive, but we feel it is necessary for us to fight as hard as we can to defend our rights and the work that we do on the SGU and at SBM.

This battle will be costly, so any support you can send our way to help us pay for the necessary and considerable legal fees will be greatly appreciated. We estimate that donations have covered about 20% of our current total legal costs, which are continuing to rise. You can donate directly to our legal defense fund below. You can also support our efforts by becoming an SGU member, and gain access to our premium content.

**1) Check:** Doing things the old-fashioned way is just fine! You can make your check out to SGU Productions and write a note on it that says "Legal Defense Fund". Send your check to...

SGU Productions, LLC
3000 Whitney Ave.
Hamden, CT 06518-2353

**2) Credit Card:** If you don't have a Paypal account, click this button and make a donation with your credit card via Paypal. You won't need to set up a Paypal account to use this option.

**Click Here**

**3) Paypal:** If you have a Paypal account, you can click this button to make a donation.

**Click Here**

April 1, 2015: Update on the case here.

Jun 10, 2015: Latest update here.

Search

Hey! Rebel Scum!

**Become a Member**

Connect with the SGU!



Do you like T-Shirts?

**SGU Store**


stamps.com   **$110 BONUS OFFER**   CLICK HERE


huluplus   2 Weeks Free ▸

Price. Selection. Convenience.
amazon.com


MEET ANYWHERE with GOTOMEETING
TRY IT FREE FOR 30 DAYS

**All your accounts, all in one place**

Before you can manage your money, you have to make sense of it. See all your financial accounts, all in one place.


JOIN US   ∎PERSONAL CAPITAL

PLAINTIFF'S EXHIBIT   PENGAD 800-631-6989



Home    Resources    Media    Become a Member    Store    Forums    Contact    Science News

# Science Based Medicine / SGU

Member Login

Members-Only Content

Premium RSS Feed

Upgrade Your Membership

Support the SGU

# Support

SGU Productions, the Society for Science-based medicine, and Dr. Novella are being sued for an article that he wrote in May of 2013 on Science-Based Medicine. (Update – SGU Productions has been dropped from the suit, and the SfSBM has prevailed on their summary judgement. Dr. Novella is now the sole defendant.) The SBM piece, which was inspired by an article in the *LA Times*, gave this summary:

> The story revolves around Dr. Edward Tobinick and his practice of perispinal etanercept (Enbrel) for a long and apparently growing list of conditions. Enbrel is an FDA-approved drug for the treatment of severe rheumatoid arthritis. It works by inhibiting tumor necrosis factor (TNF), which is a group of cytokines that are part of the immune system and cause cell death. Enbrel, therefore, can be a powerful anti-inflammatory drug. Tobinick is using Enbrel for many off-label indications, one of which is Alzheimer's disease (the focus of the LA Times story).

The claims and practice of Dr. Tobinick have many of the red flags of a dubious medical practice, of the sort that we discuss regularly on the SGU and at SBM. Dr. Tobinick wants us to remove the post from SBM, and he is using legal thuggery in an attempt to intimidate us and silence our free speech because he finds its content inconvenient.

Of course, we have no intention of removing the post as we feel it is critical to the public's interest. This is what we do at SBM – provide an objective analysis of questionable or controversial medical claims so that consumers can make more informed decisions, and to advance the state of science in medicine.

We also feel it is critical not to cave to this type of intimidation. If we do, we might as well close up shop (which I suspect the Tobinicks of the world would find agreeable). Defending against even a frivolous lawsuit can be quite expensive, but we feel it is necessary for us to fight as hard as we can to defend our rights and the work that we do on the SGU and at SBM.

This battle will be costly, so any support you can send our way to help us pay for the necessary and considerable legal fees will be greatly appreciated. We estimate that donations have covered about 20% of our current total legal costs, which are continuing to rise. You can donate directly to our legal defense fund below. You can also support our efforts by becoming an SGU member, and gain access to our premium content.

**1) Check:** Doing things the old-fashioned way is just fine! You can make your check out to SGU Productions and write a note on it that says "Legal Defense Fund". Send your check to…

SGU Productions, LLC
3000 Whitney Ave.
Hamden, CT 06518-2353

**2) Credit Card:** If you don't have a Paypal account, click this button and make a donation with your credit card

**Click Here**

via Paypal. You won't need to set up a Paypal account to use this option.

Google Custom Search    **Search**

Hey! Rebel Scum!

**Become a Member**

Connect with the SGU!



Do you like T-Shirts?

**SGU Store**


PLAINTIFF'S EXHIBIT
TABA 18
PENGAD 800-631-6989

 **stamps**.com    **$110 BONUS OFFER**    CLICK HERE

**huluPLUS**    2 Weeks Free ›

Price. Selection. Convenience.
**amazon**.com
privacy information


MEET ANYWHERE
*with*
GOTOMEETING
GoToMeeting
TRY IT FREE FOR 30 DAYS



Home   Resources   Media   Become a Member   Store   Forums   Contact   Science News

# Science Based Medicine / SGU Legal Defense Support

SGU Productions, the Society for Science-based medicine, and Dr. Novella are being sued for an article that he wrote in May of 2013 on Science-Based Medicine. (Update – SGU Productions has been dropped from the suit, and the SfSBM has prevailed on their summary judgement. Dr. Novella is now the sole defendant.) The SBM piece, which was inspired by an article in the *LA Times*, gave this summary:

The story revolves around Dr. Edward Tobinick and his practice of perispinal etanercept (Enbrel) for a long and apparently growing list of conditions. Enbrel is an FDA-approved drug for the treatment of severe rheumatoid arthritis. It works by inhibiting tumor necrosis factor (TNF), which is a group of cytokines that are part of the immune system and cause cell death. Enbrel, therefore, can be a powerful anti-inflammatory drug. Tobinick is using Enbrel for many off-label indications, one of which is Alzheimer's disease (the focus of the LA Times story).

The claims and practice of Dr. Tobinick have many of the red flags of a dubious medical practice, of the sort that we discuss regularly on the SGU and at SBM. Dr. Tobinick wants us to remove the post from SBM, and he is using legal thuggery in an attempt to intimidate us and silence our free speech because he finds its content inconvenient.

Of course, we have no intention of removing the post as we feel it is critical to the public's interest. This is what we do at SBM – provide an objective analysis of questionable or controversial medical claims so that consumers can make more informed decisions, and to advance the state of science in medicine.

We also feel it is critical not to cave to this type of intimidation. If we do, we might as well close up shop (which I suspect the Tobinicks of the world would find agreeable). Defending against even a frivolous lawsuit can be quite expensive, but we feel it is necessary for us to fight as hard as we can to defend our rights and the work that we do on the SGU and at SBM.

This battle will be costly, so any support you can send our way to help us pay for the necessary and considerable legal fees will be greatly appreciated. We estimate that donations have covered about 20% of our current total legal costs, which are continuing to rise. You can donate directly to our legal defense fund below. You can also support our efforts by becoming an SGU member, and gain access to our premium content.

**1) Check:** Doing things the old-fashioned way is just fine! You can make your check out to SGU Productions and write a note on it that says "Legal Defense Fund." Send your check to...

SGU Productions, LLC
3000 Whitney Ave.
Hamden, CT 06518-2353

**2) Credit Card:** If you don't have a Paypal account, click this button and make a donation with your credit card via Paypal. You won't need to set up a Paypal account to use this option.

**Click Here**

**3) Paypal:** If you have a Paypal account, you can click this button to make a donation.

**Click Here**

April 1, 2015: Update on the case here

Jun 10, 2015: Latest update here.



Search

Hey! Rebel Scum!

**Become a Member**

Connect with the SGU!

    

Do you like T-Shirts?

**SGU Store**


PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989


stamps.com   $110 BONUS OFFER   CLICK HERE


huluPLUS   2 Weeks Free ›

Price. Selection. Convenience.
amazon.com


MEET ANYWHERE with GOTOMEETING
GoToMeeting
TRY IT FREE FOR 30 DAYS

All your accounts, all in one place
Before you can manage your money, you have to make sense of it. See all your financial accounts, all in one place.



JOIN US
◀ PERSONAL CAPITAL



Home    Resources    Media    Become a Member    Store    Forums    Contact    Science News

# Thank You For Your Support

Your membership and store purchases go to SGU Productions, LLC – a production company dedicated to educational material with an emphasis on science and critical thinking.

Our flagship is The Skeptics' Guide to the Universe, a weekly science podcast which was launched on May 4th, 2005 (May the 4th be with you). Your support allows us to continue the SGU – pay for bandwidth, keep our equipment up to date, feed the elves who maintain this website, pay homage to the gods of social media, and pay for assorted infrastructure.

In addition, SGU Productions is endlessly seeking new ways to make the world a more skeptical place, to protect consumers from fraud and deception, to counter the seemingly endless nonsense, pseudoscience, and mysticism that pervades society, and to educate our fellow skeptics to make them even more awesome.  We are going up against people and institutions who collectively have thousands or even millions of times our resources.

Our current projects include:

– Occ the Skeptical Caveman – a web series about the fictional first skeptic who fumbles his way to rational enlightenment. (currently in post production, expected out this Fall)

– Seminar / Lecture series on skepticism and critical thinking (if you would like to book a lecture at your college or institution, just send us an e-mail).

– Several video projects for YouTube all at various stages of development (shhh – this is a big secret)

– A skeptical game, details will be revealed when we are farther along in the project.

Plus, we're always scheming – I mean thinking of new ways to promote skepticism. Everything takes time and resources. There is almost no limit to how we can grow as a production company as long as we have the support of our listeners. Imagine what we can do together.

(OK – I'm sold. Take me back to the membership page.)

Google™ Custom Search    **Search**

## Hey! Rebel Scum!

**Become a Member**



PLAINTIFF'S
EXHIBIT
JAYN. 16
PENGAD 800-631-6989

## Connect with the SGU!



Do you like T-Shirts?











All your accounts,
all in one place

Before you can manage your mor
you have to make sense of it. See
your financial accounts, all in one



Member Login Area

You are not currently logged in.

**Username:**

Password:

⬜ Remember Me

Login

» Lost your Password?

Copyright © 2015 SGU Productions, LLC

Site Development by Scenario Seventy Seven