theskepticsguide.org



Home   Resources   Media   **Become a Member**   Store   Forums   Contact   Science News

# Member Subscription

Becoming an SGU Member not only helps support our work but comes with a growing list of rewards. Click the subscribe button for the desired member level below. You will be billed monthly until you wish to cancel. Payment is made via Paypal however you do not need to have a Paypal account in order to complete your subscription. Payments are made to SGU Productions llc. and help support the SGU and our other skeptical outreach and science education projects. (Click here for more information on where your support goes.)

Once you've made your payment, you'll automatically be taken to a registration page within our site where you can create your username and password to log in to the members-only area. We add new content weekly that includes unedited segments of the show, out-takes, extended interviews, video and images.

**Gift Memberships** – Just click on the desired level, and you will be asked if you wish the membership to be a gift.



**Rebel Scum**
$4/month | $48/year

Monthly

Annually

- Discounted admission to NECSS (The Northeast Conference on Science and Skepticism)
- You will be added to our e-mail list (optional) and receive occasional updates on SGU events and activity, and personal updates about the Rogues.
- The indescribable joy of supporting the SGU and skeptical outreach

---

The 11 membership levels below come with these benefits:

- Access to all SGU premium content. This includes 10-20 minutes of extra content generated most weeks by the SGU – additional segments, uncut interviews, and behind-the scenes material.
- Access to ad-free versions of the weekly podcast.
- Discounted admission to NECSS (The Northeast Conference on Science and Skepticism)
- More indescribable joy than the $4 level! You might even get Steve to crack a momentary smile that he will quickly stifle with his Vulcan like control over his emotions. Jay on the other hand will break into song!



**Damned Dirty Ape**
$8/month | $96/year

Monthly

Annually

**Cylon**
$12/month | $144/year

Monthly

Annually

**Road Warrior**
$16/month | $192/year

Monthly

Annually

---

Google™ Custom Search    **Search**

Hey! Rebel Scum!

**Become a Member**

Connect with the SGU!



Do you like T-Shirts?

**SGU Store**




PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989

**stamps**.com    **$110 BONUS OFFER**    CLICK HERE

**huluPLUS**    2 Weeks Free ›

Price. Selection. Convenience.
**amazon**.com
privacy information


MEET ANYWHERE
*with*
GOTOMEETING
GoToMeeting
*citrix*
TRY IT FREE FOR 30 DAYS

**All your accounts,**

TheSkepticsGuide.org

by the SGU – additional segments, uncut interviews, and behind-the scenes material.

- Access to ad-free versions of the weekly podcast.
- Discounted admission to NECSS (The Northeast Conference on Science and Skepticism)
- More indescribable joy than the $4 level! You might even get Steve to crack a momentary smile that he will quickly stifle with his Vulcan like control over his emotions. Jay on the other hand will break into song!



Price. Selection. Convenience.
amazon.com
privacy information

MEET ANYWHERE
*with*
GOTOMEETING

GoToMeeting
citrix

TRY IT FREE FOR 30 DAYS

| Damned Dirty Ape<br>$8/month \| $96/year | Cylon<br>$12/month \| $144/year | Road Warrior<br>$16/month \| $192/year |
|---|---|---|
| Monthly<br>Annually | Monthly<br>Annually | Monthly<br>Annually |
| Fleet Admiral<br>$20/month \| $240/year | Vorlon<br>$25/month \| $300/year | Sandman<br>$30/month \| $360/year |
| Monthly<br>Annually | Monthly<br>Annually | Monthly<br>Annually |
| Replicant<br>$40/month \| $480/year | Guild Navigator<br>$50/month \| $600/year | Time Lord<br>$75/month \| $900/year |
| Monthly<br>Annually | Monthly<br>Annually | Monthly<br>Annually |

### Starship Science Officer
$100/month | $1200/year

Monthly

Annually

### Jedi / Dark Lord
$200/month | $2400/year

Monthly

Annually



**All your accounts,
all in one place**

Before you can manage your money,
you have to make sense of it. See all
your financial accounts, all in one place.

JOIN US

PERSONAL CAPITAL

Member Login Area

You are not currently logged in.

**Username:**

**Password:**

☐ Remember Me

Login

» Lost your Password?

Copyright © 2015 SGU Productions, LLC                    Site Development by Scenario Seventy Seven



Home   Resources   Media   Become a Member   Store   Forums   Contact   Science News

# Member Subscription

Becoming an SGU Member not only helps support our work but comes with a growing list of rewards. Click the subscribe button for the desired member level below. You will be billed monthly until you wish to cancel. Payment is made via Paypal however you do not need to have a Paypal account in order to complete your subscription. Payments are made to SGU Productions llc. and help support the SGU and our other skeptical outreach and science education projects. (Click here for more information on where your support goes.)

Once you've made your payment, you'll automatically be taken to a registration page within our site where you can create your username and password to log in to the members-only area. We add new content weekly that includes unedited segments of the show, out-takes, extended interviews, video and images.

**Gift Memberships** – Just click on the desired level, and you will be asked if you wish the membership to be a gift.

## Rebel Scum
### $4/month | $48/year

Monthly

Annually

- Discounted admission to NECSS (The Northeast Conference on Science and Skepticism)
- You will be added to our e-mail list (optional) and receive occasional updates on SGU events and activity, and personal updates about the Rogues.
- The indescribable joy of supporting the SGU and skeptical outreach

### The 11 membership levels below come with these benefits:

- Access to all SGU premium content. This includes 10-20 minutes of extra content generated most weeks by the SGU – additional segments, uncut interviews, and behind-the-scenes material.
- Access to ad-free versions of the weekly podcast.
- Discounted admission to NECSS (The Northeast Conference on Science and Skepticism)
- More indescribable joy than the $4 level! You might even get Steve to crack a momentary smile that he will quickly stifle with his Vulcan like control over his emotions. Jay on the other hand will break into song!



Member Subscription | The Skeptics Guide to the Universe

8/21/15, 3:47 PM



Google™ Custom Search       Search

Hey! Rebel Scum!

Become a Member

Connect with the SGU!

Do you like T-Shirts?

SGU Store

stamps.com    $110 BONUS OFFER
              CLICK HERE

huluPLUS    2 Weeks Free ›

Price. Selection. Convenience
                amazon.com
privacy information

MEET ANYWHERE
with
GOTOMEETING

GoToMeeting
.citrix·

TRY IT FREE FOR 30 DAYS

## All your accounts, all in one place

Before you can manage your mor you have to make sense of it. See your financial accounts, all in one

JOIN US

**ıl PERSONAL C**

Member Login Area

You are not currently logged in.

**Username:**

**Password:**

☐ Remember Me

Login

» Lost your Password?

Copyright © 2015 SGU Productions, LLC

Site Development by Scenario Seventy Seven

# SGU Productions, LLC

Please enter your donation amount.

| Purpose | | Donation amount | Make This Recurring (Monthly) | Total |
|---------|---|----------------|-------------------------------|-------|
| SGU Productions, LLC<br>Reference: open_donation | | $ | ☐ | $0.00 |
| | | **Total:** | | **$0.00 USD** |

## Pay with Credit Card or Log In



Country:          United States

First Name:

Last Name:

Credit Card Number:

Payment Type     VISA  MasterCard  [AMEX]  DISCOVER

Expiration Date:   mm  /  yy   CSC:        What's this?

Billing Address Line 1:

Billing Address Line 2:
(optional)

City:

State:

ZIP code:

Home Telephone:
                 555-555-1234

Email:

**ALREADY HAVE A PAYPAL ACCOUNT?**

Email:

Password:

Log In

Forgot your email address or password?

Review Donation and Continue

Return to SGU Productions, LLC.

PayPal protects your privacy and security.
For more information, read our User Agreement and Privacy Policy.



theskepticsguide.org



## Support

The SGU works hard every week to put out our podcast. We proudly have never missed a week since 2005. As you know, podcasts are not made of chocolate chip cookies and good intentions. They take a ton of time and energy... godammit we bust our asses on these shows! Help us out by supporting the SGU. Please don't send us any cookies...

Two ways you can support the work of the SGU is by becoming a member. There are monthly and annual options available. You can also visit the SGU store and take a look at our merchandise. Payment is made via Paypal, however you do not need to have a Paypal account in order to complete your payment.

**Click here to support the SGU!**

Google Custom Search **Search**

Hey! Rebel Scum!

**Become a Member**

Connect with the SGU!

Do you like T-Shirts?

**SGU Store**





PLAINTIFF'S EXHIBIT
JAN.13
PENGAD 800-631-6989





Home  Resources  Media  Become a Member  Store  Forums  Contact  **Science News**

Member Login

Members-Only Content

Premium RSS Feed

Upgrade Your Membership

Support the SGU



# BECOM[E] [MEM]BER!

> Access to all SGU premium content. This [...] by the SGU - Additional segments, uncu[...]

> You will be added to our e-mail list (opti[...] and personal updates about the Rogues.

> Discounted admission to NECCS (The Northeast Conference on Science and Skepticism)

> The indescribable joy of supporting the SGU and skeptical outreach

[...]generated most weeks [...]al.

[...]GU events and activity,

CLICK HERE!

---

## Latest Podcast: Episode #527 – 08/15/2015



Forgotten Superheroes of Science: Marie Tharp; News Items: Skin Cells into Brain Cells, Registering Studies, Search Engines Influence Elections, Earth and Moon, Scotland Bans GMOs, Whos That Noisy, Science or Fiction

⬇ Download    🖨 Show Notes    ✍ Transcripts    ☰ Archives    🔊 Subscribe

**Click here** for our podcast archive.

## Want access to exclusive content?

Signup as a premium member to gain access to discounts, premium podcasts and a members-only newsletter.

**Become a Member!**

## Blogs

### RISK FACTORS FOR ALZHEIMER'S DISEASE

A new meta-analysis of 323 studies looks at 93 possible factors associated with the risk

### DIAMOND LASER BREAKTHROUGH

Researchers have developed a diamond laser that, at 380 watts, is 20 times more

Google Custom Search    **Search**

Hey! Rebel Scum!

**Become a Member**

Connect with the SGU!



Do you like T-Shirts?

**SGU Store**

   **$110 BONUS OFFER**  **CLICK HERE**



hulu**PLUS**  2 Weeks Free ▸

Price. Selection. Convenience.
amazon.com
privacy information

MEET ANYWHERE



**PLAINTIFF'S EXHIBIT** JHN. 12  PENGAD 800-631-6989



Home   Resources   Media   Become a Member   Store   Forums   Contact   Science News



# BECOME A MEMBER!

> Access to all SGU premium content. This includes 10-20 minutes of extra content generated most weeks by the SGU - Additional segments, uncut interviews, and behind-the scenes material.

> You will be added to our e-mail list (optional) and receive occasional updates on SGU events and activity, and personal updates about the Rogues.

> Discounted admission to NECCS
(The Northeast Conference on Science and Skepticism)

> The indescribable joy of supporting the SGU and skeptical outreach



## Latest Podcast: Episode #527 – 08/15/2015



Forgotten Superheroes of Science: Marie Tharp; News Items: Skin Cells into Brain Cells, Registering Studies, Search Engines Influence Elections, Earth and Moon, Scotland Bans GMOs, Whos That Noisy, Science or Fiction



⬇ Download      🖨 Show Notes      📝 Transcripts      ≔ Archives      🔊 Subscribe

**Click here** for our podcast archive.

## Want access to exclusive content?

Signup as a premium member to gain access to discounts, premium podcasts and a members-only newsletter.

**Become a Member!**

## Blogs

**RISK FACTORS FOR ALZHEIMER'S DISEASE**

A new meta-analysis of 323 studies looks at 93 possible factors associated with the risk [...]

*Continue reading post from The NESS*

**DIAMOND LASER BREAKTHROUGH**

Researchers have developed a diamond laser that, at 380 watts, is 20 times more powerful [...]

*Continue reading post from SGU Science News*

Google Custom Search      **Search**

Hey! Rebel Scum!

**Become a Member**

Connect with the SGU!

   

Do you like T-Shirts?

**SGU Store**

 $110 BONUS OFFER   CLICK HERE

 2 Weeks Free ▸

Price. Selection. Convenience.
amazon.com
privacy information


MEET ANYWHERE with GOTOMEETING


PLAINTIFF'S EXHIBIT
JAYN. 11
PENGAD 800-631-6989



NECSS — Northeast Conference on Science and Skepticism

Subscribe to NECSS Updates

Email Address



NECSS 2015   ABOUT   SPEAKERS   SCHEDULE   EVENTS   VENUE   HOTELS   SUPPORT   REGISTER

## SCHEDULE

# NECSS 2015 SCHEDULE

Below is the current NECSS 2015 schedule of events. All times are approximate and the schedule is subject to change. Please note that the below schedule does not denote stretch breaks.

### THURSDAY APRIL 9, 2015 – WORKSHOPS

| 10:00 AM – 11:15 AM | **Workshop 1A: Viewing Futurism Skeptically**<br>*Leader: John Rennie*<br><br>**Workshop 1B: Science Using a Handheld Microscope**<br>*Leader: Latasha Wright* |
|---|---|
| 11:30 AM – 12:45 PM | **Workshop 2A: The Art of Communicating Science to the Public**<br>*Leader: Stephen Hall*<br><br>**Workshop 2B: Ask a Biologist!**<br>*Leader: Yelena Bernadskaya* |
| 12:45 PM – 02:15 PM | Lunch (not included) |
| 02:15 PM – 03:30 PM | **Workshop 3A: Advanced Critical Thinking**<br>*Leader: Steve Novella*<br><br>**Workshop 3B: Social Media, Science & Skepticism**<br>*Leaders: Brian Wecht & Jay Novella* |
| 03:45 PM – 05:00 PM | **Workshop 4A: Social Media, Science & Skepticism**<br>*Leaders: Brian Wecht & Jay Novella*<br><br>**Workshop 4B The Science of Taste**<br>*Leaders: Rachel Meyer* |



PLAINTIFF'S
EXHIBIT
JAYN, 9

PENGAD 800-631-6989

**THURSDAY APRIL 9, 2015 – EVENING EVENTS**

| 08:00 PM – 11:00 PM | **Drinking Skeptically** |

**FRIDAY APRIL 10, 2015 – MAIN CONFERENCE DAY 1**

| 10:00 AM – 12:40 PM | **10:15AM – Science-Based Medicine: Beyond Integrated Medicine**<br>*Steve Novella*<br>———<br><br>**10:50AM – Chiropractic: Not All It's Cracked Up To Be**<br>*Harriet Hall*<br>———<br><br>**11:35AM – Integrative Medicine: Integrating Cow Pie with Apple Pie**<br>*David Gorski*<br>———<br><br>**12:10PM – How Acupuncture "Works"**<br>*Mark Crislip* |
| 12:40 PM – 02:10 PM | Lunch (not included) |
| 02:10 PM – 06:00 PM | **2:15PM – Political Pseudoscience**<br>*Jann Bellamy*<br>———<br><br>**2:50PM – Panel: The Placebo Effect**<br>*All SfSBM Presenters*<br>———<br><br>**4:00PM – Q&A from Audience and Twitter**<br>*All SfSBM Presenters*<br>———<br><br>**4:45PM – Science-Based Medicine Jeopardy**<br>*All SfSBM Presenters* |

**FRIDAY APRIL 10, 2015 – EVENING EVENTS**

| 07:30PM – 09:30PM | **George Hrab Presents: The SGU Skeptical Extravaganza w Bill Nye**<br>*George Hrab, Steve Novella, Bob Novella, Jay Novella, Evan Bernstein, & Bill Nye* |
| 08:00 PM – 11:00 PM | **Drinking Skeptically** |

**SATURDAY APRIL 11, 2015 – MAIN CONFERENCE DAY 2**

| | **10:10AM – America's War On Sex – the Successful Subversion of Secularism**<br>*Marty Klein*<br>——— |

| 10:00 AM – 12:30 PM | **10:45AM – Mastermind: Mastering the Rational Thinking of Sherlock Holmes.**<br>*Maria Konnikova*<br><br>———<br><br>**11:30AM – Panel: Boots on The Ground – Improving Access to the STEM Pipeline**<br>*Jeanne Garbarino, Simona Giunta, Latasha Wright, Sabriya Stukes, Linda Curtis-Bey, Mark Weckel* |
|---|---|
| 12:30 PM – 02:00 PM | Lunch (not included) |
| 02:00 PM – 06:00 PM | **2:05 – The Skeptics' Guide to the Universe Live**<br>*Steve Novella, Bob Novella, Jay Novella, Evan Bernstein*<br><br>———<br><br>**3:45 – Panel: String Theory and Other Impossibilities**<br>*Brian Wecht, Deborah Berebichez, Allan Adams*<br><br>———<br><br>**5:00 – Keynote Speaker**<br>*Bill Nye* |

### SATURDAY APRIL 11, 2015 – EVENING EVENTS

| 07:00PM – 09:00PM | **Fundraising Reception** |
|---|---|
| 08:00 PM – 11:00 PM | **Drinking Skeptically** |
| 09:00PM – 10:30PM | **SGU Private Show** |

### SUNDAY APRIL 12, 2015 – MAIN CONFERENCE DAY 3

| 10:00 AM – 12:30 PM | **10:10AM – Statistics & the Art of Deception**<br>*Deborah Berebichez*<br><br>———<br><br>**10:45AM – Skepticism, Libel Reform, & Anti-SLAPP Laws**<br>*Marc Randazza*<br><br>———<br><br>**11:30AM – Rationally Speaking Live**<br>*Massimo Pigliucci and Julia Galef* |
|---|---|
| 12:30 PM – 02:00 PM | Lunch (not included) |
| | **2:05PM – Panel: Scare Tactics? The Media Response to Infectious Disease**<br>*Ann Reynolds, Paul Offit, Laura Helmuth, Mark Crislip*<br><br>———<br><br>**3:15PM – Panel: Who's Crazy Now? DSM-5 and Classifying Psychiatric Illness**<br>*Harriet Hall, Marty Klein, Heather Berlin, Steve Novella* |

| 02:00 PM – 06:00 PM | ———— |
|---|---|
| | **4:45PM – The Neural Basis of Improvisation** |
| | *Heather Berlin* |
| | ———— |
| | **5:25PM – Leeches and the Origins of Modern Medicine** |
| | *Mark Siddall* |

**SUNDAY APRIL 12, 2015 – EVENING EVENTS**

| 08:00 PM – 11:00 PM | **Drinking Skeptically** |
|---|---|

## SUPPORT NECSS
DONATE
SPONSOR NECSS
VOLUNTEER

## ABOUT NECSS
HISTORY
PRIOR SPEAKERS
SPONSORS

## NECSS MEDIA
VIDEOS
PHOTOGRAPHS

## CONTACT
PRESS CENTER
CONTACT US

©2015 NECSS

SITE DESIGN & DEVELOPMENT: CARYELIZABETH.COM



NECSS 2015 | ABOUT | SPEAKERS | SCHEDULE | EVENTS | VENUE | HOTELS | SUPPORT | REGISTER

## JAY NOVELLA
SPEAKER BIO

### JAY NOVELLA

Jay has been a skeptical activist for 15 years and is currently a co-host and producer of The Skeptics' Guide To The Universe, a popular science podcast. Jay is also a producer and director of SGU Video Productions whose videos can be seen on the SGU's YouTube channel. He also is the Director of Marketing and Technology for The New England Skeptical Society, a non-profit focused on promoting higher standards of education, especially in the areas of science and critical thinking. For the past 3 years, Jay has served on the board of directors for the Northeast Conference on Science and Skepticism (NECSS), a yearly conference held in New York City. Jay also is a contributor to The Rogues Gallery, a popular science and skepticism blog.

**NECSS Appearances:**
NECSS 2009
NECSS 2010
NECSS 2011
NECSS 2012

Subscribe to NECSS Updates
Email Address

SUPPORT NECSS
DONATE
SPONSOR NECSS
VOLUNTEER

ABOUT NECSS
HISTORY
PRIOR SPEAKERS
SPONSORS

NECSS MEDIA

CONTACT
PRESS CENTER
CONTACT US

©2015 NECSS

SITE DESIGN & DEVELOPMENT: CARYELIZABETH.COM

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT JAY N.8

**From: The Skeptics Guide to the Universe** info@theskepticsguide.org
**Subject:** Business Related Requests, Questions or Concerns : Are donations (membership, LDF) tax exempt?
**Date:** September 16, 2014 at 12:37 PM
**To:** jaynovella@gmail.com, snovella@theskepticsguide.org

**From:** Richard Gray

**Email:** rbg_skgu@graysmail.com

**Location:** Dayton, OH

**Category:** Business Related Requests, Questions or Concerns

**Subject:** Are donations (membership, LDF) tax exempt?

**Message:** I have made one-time donations to the SGU ($50 on 2013.9.28) and the SGU/LDF ($100 on 2014.9.7). My accountant (wife) asked me if these are tax deductible. I've poked around the SGU & NESS pages and not seen any sign of a 501(c)(3), so I'm guessing not? If The NESS does have 501(c)(3) status, you should say so and if SGU can be umbrella'd under that, then it would be to the benefit of contributors too! Having been involved in the startup of a 501(c)(3) years ago, I do know what a royal PITA it is, so will not hold it against you if you haven't jumped through the awful hoops! (Interesting that Tobinick's suit-o-matic shotgun missed including The NESS…)

I'm not a member because I don't like the automatic recurring payments. I would prefer to donate annually, under my control. Guess that would mean you'd need to track expiration dates and send reminders… :/ I've got so much going on that I'm not sure I'll have time for the extra content. ;) (Perhaps the extra content would negate exemptness of the donation…) I don't mind the ads as such, except that I don't like the feeling it turns you guys into hucksters with regards to some products. When you fall all over yourselves for cherries or razor blades, I'm not sure if I believe you. It undermines your credibility… I'd say it might be better to get someone else to do the spots, but the time I remember you doing so, the guy sounded like a really bad used car salesman – terrible! ;)

Hmmm, http://www.theness.com/index.php/about/ still lists Mike LaCelle as Web Manager and Perry has no picture. :(

Anyway, sorry to have rambled a bit too much. No lengthy response required, a simple yes/no will do on the exempt status.

Best Regards to my #1 podcast & skeptical resource!
Rich

--
This e-mail was sent from a contact form on The Skeptics Guide to the Universe (http://www.theskepticsguide.org)

PLAINTIFF'S EXHIBIT
JAY N. 7
FEINGOLD 800-631-6989

14

**From:** **Joel Bellucci** joelbellucci@gmail.com
**Subject:** Re: Membership Questions : 501c3 status?
**Date:** February 8, 2014 at 12:46 PM
**To:** Jay Novella jaynovella@gmail.com, Steven Novella snovella@theskepticsguide.org

This one is a question for y'alls'all.

- Joel

On Fri, Feb 7, 2014 at 5:26 PM, The Skeptics Guide to the Universe <info@theskepticsguide.org> wrote:

**From:** Phillip Front

**Email:** pjfront@gmail.com

**Location:** Brooklyn, NY

**Category:** Membership Questions

**Subject:** 501c3 status?

**Message:** Hi! I just started listening to your podcast and I love it! I'd like to support the show and become a member, but I'm curious if your organization has 501c3 tax-exempt status. My employer matches $3 for every $1 I donate to registered 501c3 organizations, and I'd love to maximize my contribution by having it matched. Do you have 501c3 status?

Thanks!
Phillip

--
This e-mail was sent from a contact form on The Skeptics Guide to the Universe (http://www.theskepticsguide.org)


--
Joel Bellucci
pixelpresto.com



PLAINTIFF'S
EXHIBIT
JAY N. 6



From:  **Jay Novella** jaynovella@gmail.com
Subject:  Re: Membership Questions : SGU membership: Tax-deductible?
Date:  July 15, 2014 at 2:06 PM
To:  Adam Hafdahl hafdahla@gmail.com
Bcc:  stevennovella@gmail.com

Adam,

The SGU is not a charitable organization so unfortunately memberships are not tax deductible. Our other company, The NESS, is a non-profit organization that we use to manage NECSS, our yearly conference.

Thanks for listening!

-Jay

On Tue, Jul 15, 2014 at 1:47 PM, The Skeptics Guide to the Universe <info@theskepticsguide.org> wrote:

**From:** Adam Hafdahl

**Email:** hafdahla@gmail.com

**Location:** Lawrence, KS, USA

**Category:** Membership Questions

**Subject:** SGU membership: Tax-deductible?

**Message:** Is an SGU membership tax-deductible (in U.S.)? I checked the SGU website and forums a bit before asking this.

Thanks,

Adam

--
This e-mail was sent from a contact form on The Skeptics Guide to the Universe (http://www.theskepticsguide.org)


--
**Jay Novella**
Producer/Director | *SGUProductions llc.*
http://www.theskepticsguide.org
203.470.3593 | Jaynovella@gmail.com



PLAINTIFF'S
EXHIBIT
JA1 N.5

简体中文   English   Français   Русский   Español   العربية

## ICANN WHOIS

sciencebasedmedicine.org        [ Lookup ]

*Showing results for:* SCIENCEBASEDMEDICINE.ORG
Original Query: sciencebasedmedicine.org

## Contact Information

**Registrant Contact**
Name: Jay Novella
Organization: SGU Productions LLC
Mailing Address: 32 Crows Nest Lane.
Danbury CT 06810 US
Phone: +1.2034703593
Ext:
Fax: +1.9999999999
Fax Ext:
Email: jaynovella@gmail.com

**Admin Contact**
Name: Jay Novella
Organization: SGU Productions LLC
Mailing Address: 32 Crows Nest Lane.
Danbury CT 06810 US
Phone: +1 2034703593
Ext
Fax: +1 9999999999
Fax Ext:
Email: jaynovella@gmail.com

**Tech Contact**
Name: Jay Novella
Organization: SGU Productions LLC
Mailing Address: 32 Crows Nest Lane.
Danbury CT 06810 US
Phone: +1 2034703593
Ext
Fax: +1 9999999999
Fax Ext:
Email: jaynovella@gmail.com

**Registrar**

WHOIS Server:
URL:
Registrar: Network Solutions  LLC (R63-LROR)
IANA ID: 2
Abuse Contact Email:
Abuse Contact Phone

**Status**

Domain Status: clientTransferProhibited --
http://www.icann.org/epp#clientTransferProhibited

**Important Dates**

Updated Date: 2015-07-30
Created Date: 2007-10-23
Registration Expiration Date:

**Name Servers**

SID.NS CLOUDFLARE COM
MELINDA.NS.CLOUDFLARE COM

**Raw WHOIS Record**

```
Domain Name:SCIENCEBASEDMEDICINE.ORG
Domain ID: D149487151-LROR
Creation Date: 2007-10-24T00:05:04Z
Updated Date: 2015-07-30T18:19:41Z
Registry Expiry Date: 2024-10-24T00:05:04Z
Sponsoring Registrar:Network Solutions, LLC (R63-LROR)
Sponsoring Registrar IANA ID: 2
WHOIS Server:
Referral URL:
Domain Status: clientTransferProhibited --
```



**PLAINTIFF'S EXHIBIT**
JXN.4
PENGAD 800-631-6989

```
http://www.icann.org/epp#clientTransferProhibited
Registrant ID:28826934-NSI
Registrant Name:Jay Novella
Registrant Organization:SGU Productions LLC
Registrant Street: 32 Crows Nest Lane
Registrant Street: Unit 8
Registrant City:Danbury
Registrant State/Province:CT
Registrant Postal Code:06810
Registrant Country:US
Registrant Phone:+1.2034703593
Registrant Phone Ext:
Registrant Fax: +1.9999999999
Registrant Fax Ext:
Registrant Email:jaynovella@gmail.com
Admin ID:28826934-NSI
Admin Name:Jay Novella
Admin Organization:SGU Productions LLC
Admin Street: 32 Crows Nest Lane
Admin Street: Unit 8
Admin City:Danbury
Admin State/Province:CT
Admin Postal Code:06810
Admin Country:US
Admin Phone:+1.2034703593
Admin Phone Ext:
Admin Fax: +1.9999999999
Admin Fax Ext:
Admin Email:jaynovella@gmail.com
Tech ID:28826934-NSI
Tech Name:Jay Novella
Tech Organization:SGU Productions LLC
Tech Street: 32 Crows Nest Lane
Tech Street: Unit 8
Tech City:Danbury
Tech State/Province:CT
Tech Postal Code:06810
Tech Country:US
Tech Phone:+1.2034703593
Tech Phone Ext:
Tech Fax: +1.9999999999
Tech Fax Ext:
Tech Email:jaynovella@gmail.com
Name Server:SID.NS.CLOUDFLARE.COM
Name Server:MELINDA.NS.CLOUDFLARE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

Access to Public Interest Registry WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest
Registry registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree that you will use
this data only for lawful purposes and that, under no circumstances will you use this data
to(a) allow, enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations to entities other
than the data recipient's own existing customers; or (b) enable high volume, automated,
electronic processes that send queries or data to the systems of Registry Operator, a
Registrar, or Afilias except as reasonably necessary to register domain names or modify
existing registrations. All rights reserved. Public Interest Registry reserves the right to
modify these terms at any time. By submitting this query, you agree to abide by this
policy. For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2015 Internet Corporation for Assigned Names and Numbers    Privacy Policy

简体中文  English  Français  Русский  Español  العربية

## ICANN WHOIS

THESKEPTICSGUIDE.ORG      [ Lookup ]

**Showing results for: THESKEPTICSGUIDE.ORG**
Original Query: THESKEPTICSGUIDE.ORG

## Contact Information

**Registrant Contact**
Name: Jay Novella
Organization: SGU Productions LLC
Mailing Address: 32 Crows Nest Lane,
Danbury CT 06810 US
Phone: +1.2034703593
Ext:
Fax: +1.9999999999
Fax Ext:
Email:jaynovella@gmail.com

**Admin Contact**
Name: Jay Novella
Organization: SGU Productions LLC
Mailing Address: 32 Crows Nest Lane,
Danbury CT 06810 US
Phone: +1.2034703593
Ext:
Fax: +1.9999999999
Fax Ext:
Email:jaynovella@gmail.com

**Tech Contact**
Name: Jay Novella
Organization: SGU Productions LLC
Mailing Address: 32 Crows Nest Lane,
Danbury CT 06810 US
Phone: +1.2034703593
Ext:
Fax: +1.9999999999
Fax Ext:
Email:jaynovella@gmail.com

**Registrar**

WHOIS Server:
URL:
Registrar: Network Solutions, LLC (R63-LROR)
IANA ID: 2
Abuse Contact Email:
Abuse Contact Phone:

**Status**

Domain Status:clientTransferProhibited --
http://www.icann.org/epp#clientTransferProhibited

**Important Dates**

Updated Date: 2015-08-11
Created Date: 2006-04-05
Registration Expiration Date:

**Name Servers**

NS47.WORLDNIC.COM
NS48.WORLDNIC.COM

**Raw WHOIS Record**

```
Domain Name:THESKEPTICSGUIDE.ORG
Domain ID: D119895598-LROR
Creation Date: 2006-04-05T21:45:18Z
Updated Date: 2015-08-11T18:18:06Z
Registry Expiry Date: 2025-04-05T21:45:18Z
Sponsoring Registrar:Network Solutions, LLC (R63-LROR)
Sponsoring Registrar IANA ID: 2
WHOIS Server:
Referral URL:
Domain Status: clientTransferProhibited --
```


PLAINTIFF'S
EXHIBIT
JAIN, 3
PENGAD 800-631-6989

```
http://www.icann.org/epp#clientTransferProhibited
Registrant ID:28826934-NSI
Registrant Name:Jay Novella
Registrant Organization:SGU Productions LLC
Registrant Street: 32 Crows Nest Lane
Registrant Street: Unit 8
Registrant City:Danbury
Registrant State/Province:CT
Registrant Postal Code:06810
Registrant Country:US
Registrant Phone:+1.2034703593
Registrant Phone Ext:
Registrant Fax: +1.9999999999
Registrant Fax Ext:
Registrant Email:jaynovella@gmail.com
Admin ID:28826934-NSI
Admin Name:Jay Novella
Admin Organization:SGU Productions LLC
Admin Street: 32 Crows Nest Lane
Admin Street: Unit 8
Admin City:Danbury
Admin State/Province:CT
Admin Postal Code:06810
Admin Country:US
Admin Phone:+1.2034703593
Admin Phone Ext:
Admin Fax: +1.9999999999
Admin Fax Ext:
Admin Email:jaynovella@gmail.com
Tech ID:28826934-NSI
Tech Name:Jay Novella
Tech Organization:SGU Productions LLC
Tech Street: 32 Crows Nest Lane
Tech Street: Unit 8
Tech City:Danbury
Tech State/Province:CT
Tech Postal Code:06810
Tech Country:US
Tech Phone:+1.2034703593
Tech Phone Ext:
Tech Fax: +1.9999999999
Tech Fax Ext:
Tech Email:jaynovella@gmail.com
Name Server:NS47.WORLDNIC.COM
Name Server:NS48.WORLDNIC.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

Access to Public Interest Registry WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest
Registry registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree that you will use
this data only for lawful purposes and that, under no circumstances will you use this data
to(a) allow, enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations to entities other
than the data recipient's own existing customers; or (b) enable high volume, automated,
electronic processes that send queries or data to the systems of Registry Operator, a
Registrar, or Afilias except as reasonably necessary to register domain names or modify
existing registrations. All rights reserved. Public Interest Registry reserves the right to
modify these terms at any time. By submitting this query, you agree to abide by this
policy. For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2015 Internet Corporation for Assigned Names and Numbers    Privacy Policy

简体中文   English   Français   Русский   Español   العربية

## ICANN WHOIS

theskepticsguide.net          [ Lookup ]

*Showing results for: THESKEPTICSGUIDE.NET*
Original Query: theskepticsguide.net

## Contact Information

### Registrant Contact
Name: Novella, Jay
Organization: SGU Productions LLC
Mailing Address: 64 Cobblestone Dr,
Hamden CT 06518 US
Phone: +1.2034703593
Ext:
Fax: +1.9999999999
Fax Ext:
Email:jaynovella@gmail.com

### Admin Contact
Name: Novella, Jay
Organization: SGU Productions LLC
Mailing Address: 64 Cobblestone Dr,
Hamden CT 06518 US
Phone: +1 2034703593
Ext:
Fax: +1 9999999999
Fax Ext:
Email:jaynovella@gmail.com

### Tech Contact
Name: Novella, Jay
Organization: SGU Productions LLC
Mailing Address: 64 Cobblestone Dr,
Hamden CT 06518 US
Phone: +1 2034703593
Ext:
Fax: +1.9999999999
Fax Ext:
Email:jaynovella@gmail.com

### Registrar

WHOIS Server: whois.networksolutions.com
URL: http://networksolutions.com
Registrar: NETWORK SOLUTIONS. LLC
IANA ID: 2
Abuse Contact Email:abuse@web.com
Abuse Contact Phone: +1 8003337680

### Status

Domain Status:clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited

### Important Dates

Updated Date: 2015-01-28
Created Date: 2014-08-06
Registration Expiration Date: 2020-07-17

### Name Servers

NS67.DOMAINCONTROL.COM
NS68.DOMAINCONTROL.COM

### Raw WHOIS Record

```
Domain Name: THESKEPTICSGUIDE.NET
Registry Domain ID: 1815838663_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2015-01-29T02:17:01Z
Creation Date: 2014-08-06T14:35:49Z
Registrar Registration Expiration Date: 2020-07-17T04:00:00Z
Registrar: NETWORK SOLUTIONS, LLC.
Registrar IANA ID: 2
```



PLAINTIFF'S
EXHIBIT
Jay N. 2

PENGAD 800-631-6989

```
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
Reseller:
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Novella, Jay
Registrant Organization: SGU Productions LLC
Registrant Street: 64 Cobblestone Dr
Registrant City: Hamden
Registrant State/Province: CT
Registrant Postal Code: 06518
Registrant Country: US
Registrant Phone: +1.2034703593
Registrant Phone Ext:
Registrant Fax: +1.9999999999
Registrant Fax Ext:
Registrant Email: jaynovella@gmail.com
Registry Admin ID:
Admin Name: Novella, Jay
Admin Organization: SGU Productions LLC
Admin Street: 64 Cobblestone Dr
Admin City: Hamden
Admin State/Province: CT
Admin Postal Code: 06518
Admin Country: US
Admin Phone: +1.2034703593
Admin Phone Ext:
Admin Fax: +1.9999999999
Admin Fax Ext:
Admin Email: jaynovella@gmail.com
Registry Tech ID:
Tech Name: Novella, Jay
Tech Organization: SGU Productions LLC
Tech Street: 64 Cobblestone Dr
Tech City: Hamden
Tech State/Province: CT
Tech Postal Code: 06518
Tech Country: US
Tech Phone: +1.2034703593
Tech Phone Ext:
Tech Fax: +1.9999999999
Tech Fax Ext:
Tech Email: jaynovella@gmail.com
Name Server: NS67.DOMAINCONTROL.COM
Name Server: NS68.DOMAINCONTROL.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of whois database: Fri, 21 Aug 2015 17:05:09 GMT <<<
```

The data in Networksolutions.com's WHOIS database is provided to you by
Networksolutions.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Networksolutions.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Networksolutions.com (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Networksolutions.com.
Networksolutions.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2015 Internet Corporation for Assigned Names and Numbers    Privacy Policy