IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDWARD TOBINICK, M.D., an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN NOVELLA, M.D., an individual, <br><br> Defendant. | Case No. 9:14-cv-80781-RLR |

**ORDER GRANTING STIPULATION FOR
SUBSTITUTION OF COUNSEL**

THIS CAUSE having come before the Court on Plaintiff's Stipulation for Substitution of Counsel of Plaintiffs [DE 276]. This Court having considered the stipulation and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Stipulation is **GRANTED**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 23rd day of September, 2015.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

1