UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EDWARD LEWIS TOBINICK M.D., *et al.*,         Case No: 9:14-cv-80781-RLR

    Plaintiffs,

v.

STEVEN NOVELLA, M.D., *et al.*,

    Defendants.
_____/

**JOINT STIPULATION TO EXTEND DEADLINE
TO FILE JOINT PRETRIAL STIPULATIONS**

Plaintiffs Edward Lewis Tobinick, M.D., A Medical Corporation d/b/a The Institute of Neurological Recovery, INR PLLC d/b/a Institute of Neurological Recovery, and Edward Tobinick, M.D. ("Plaintiffs") and Defendant Steven Novella, M.D. ("Defendant") hereby stipulate to an extension of time to file their Joint Pretrial Statement and designate deposition testimony until September 30, 2015 based on the following:

1. Pursuant to the Court's Pretrial Scheduling Order (DE 110), the parties were instructed to file a Joint Pretrial Stipulation and designate deposition testimony by September 28, 2015;

2. Plaintiffs and Defendant have been working towards preparing a final draft of the Joint Pretrial Stipulation; and

3. The parties have been unable to complete the Joint Pretrial Stipulation because an attorney for Defendant is currently observing the Sukkoth holiday and will be unavailable until sundown on September 29, 2015.

/ / /

/ / /

- 2 -

Based on the foregoing, Plaintiffs and Defendant hereby stipulate that the day by which Plaintiffs and Defendant shall file their Joint Pretrial Statement and designate deposition testimony be extended to September 30, 2015.

Dated September 29, 2015.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ Cullin O'Brien | /s/ Marc J. Randazza |
| Cullin O'Brien, Esq. 597341<br>6541 NE 21st Way<br>Ft Lauderdale, FL 33308-1062<br>Office: 561-676-6370<br>Fax: 561-320-0285<br><br>cullin@cullinobrienlaw.com<br><br>*Attorney for Plaintiffs* | Marc J. Randazza, Esq.<br>Florida Bar No. 625566<br>California Bar No. 269535<br>Jay M. Wolman, Esq.<br>*Admitted pro hac vice*<br>RANDAZZA LEGAL GROUP, PLLC<br>3625 S. Town Center Drive<br>Las Vegas, Nevada 89135<br>Tele: 702-420-2001<br>Fax: 305-437-7662<br>Email: ecf@randazza.com<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED.

Dated this _____ day of _____, 2015.

_____
U.S. DISTRICT JUDGE

<div style="text-align: right;">CASE NO.: 9:14-cv-80781-RLR</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

<div style="margin-left: 50%;">
Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC
</div>