UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80781-RLR

EDWARD TOBINICK, M.D., an individual, )
et al., )
              )
              Plaintiffs, )
              )
    vs.       )
              )
STEVEN NOVELLA, M.D., an individual, )
              )
              Defendant. )
              )
              )

**NOTICE OF CORRECTED DESIGNATION OF EXHIBIT A-1 TO PLAINTIFFS'
MOTION SEEKING DENIAL OF OBJECTION TO CONTEMPLATED EXHIBITS,
WHICH COULD OTHERWISE AFFECT SUMMARY JUDGMENT**

In uploading Exhibit A-1 to Plaintiffs' motion, Dkt. No. 283, undersigned counsel inadvertently designated it as "Errata" not "Exhibit" in the drop down menu. It is an Exhibit, not an Errata. To avoid any confusion in reading docket number 283, Plaintiffs refile the same Exhibit A-1 and asks the Clerk and ECF personnel to designate it as "Exhibit A-1" in Dkt. No. 283, not "Errata A-1."

Respectfully submitted,

|  | *s/ Cullin O'Brien*  |
|  | Cullin O'Brien |
|  | Fla. Bar. No. 0597341 |
|  | CULLIN O'BRIEN LAW, P.A. |
|  | 6541 NE 21st Way |
|  | Ft. Lauderdale, Florida 33308 |
|  | Telephone: (561) 676-6370 |
|  | Fax: (561) 320-0285 |
|  | E-Mail: cullin@cullinobrienlaw.com |

1

2

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the foregoing and the accompanying exhibits with the ECF system and served same on defense counsel this September 29, 2015.

*/s/ Cullin O'Brien*
　Cullin O'Brien

Marc John Randazza, Randazza Legal Group
3625 South Town Center Drive Las Vegas, NV 89135 Email: MJR@randazza.com