# **EXHIBIT 1**

Affidavit of
James C. Hauser

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| EDWARD LEWIS TOBINICK, M.D., *et al.*, | Case No: 9:14-cv-80781-RLR |
| Plaintiffs, | |
| v. | |
| STEVEN NOVELLA, M.D., *et al.*, | |
| Defendants. | |

**AFFIDAVIT OF JAMES C. HAUSER**

I, James C. Hauser, swear:

I am an attorney licensed to practice law in the State of Florida, and have been since 1974. I received my JD from Boston University School of Law in 1973.

1. I served as a County Court Judge for Orange County, Florida from 1980 to 1990. I then served as a Circuit County Judge for Florida's 9th Judicial Circuit from 1990 to 2007.

2. I have authored and published numerous articles on the subject of attorneys' fees, and I am the author of the only comprehensive three-volume book on court-awarded attorneys' fees, "Attorney's Fees in Florida," published by Lexis.

3. I am familiar with the attorney's fees that are customarily charged by attorneys, paralegals, and legal assistants and allowed by the court, and know the reasonable value of such legal work.

4. I learned in this case that Mr. Randazza was instrumental in drafting the Nevada Anti-SLAPP statute and that Mr. Randazza is a nationally acclaimed attorney in the area of First Amendment and free speech litigation.

5. I have reviewed Mr. Randazza's CV, which is attached as Exhibit 4 to Defendant Dr. Steven Novella's Omnibus Motion for Attorneys' Fees and Costs. Mr. Randazza's qualifications and expertise are well above those of the average attorney nationwide, in the context of Anti-SLAPP litigation. As such, I believe it is reasonable that it is appropriate that he bill at rates above the customary rates for the "average" attorney.

6. Very few, if any attorneys in the State of Florida, have a working knowledge of the California anti-SLAPP statute. As a result, even the most skilled of Florida attorneys would have to spend time bringing himself, or herself, "up to speed" with the statute. Thus even though a South Florida attorney of Mr. Randazza's experience might bill at a lower hourly rate, that attorney would have to spend more time researching the case law in this area.

7. I have reviewed the billing entries for Mr. Randazza and believe them to be reasonable, in light of Mr. Randazza's experience and specialization.

8. Based on Mr. Randazza's expertise and years of experience, I believe that the billing rate is commensurate with his qualifications and expertise and the fact that he possesses a unique knowledge of California's anti-SLAPP statute, I believe his hourly rate of $650 an hour is justified.

9. I have reviewed the CV of attorney D. Gill Sperlein, which is attached as Exhibit A to this Declaration. Given Mr. Sperlein's expertise and experience, I find that an hourly rate of $475 an hour is not only reasonable, but well below the customary rate for an attorney of his experience and qualifications.

10. I have reviewed the CV of attorney J. Marshall Wolman, which is attached as Exhibit B to this Declaration. Given Mr. Wolman's expertise and experience, I find that an hourly rate of $400 an hour is not only reasonable, but well below the customary rate for an attorney of his experience and qualifications.

11. I have reviewed the billing entries and rates for the associates and staff of the Randazza Legal Group, specifically those of Theresa M. Haar, Alex J. Shepard, and Jeremy Robbins, and I believe that given the expertise of the firm and the experience of the associate attorneys, their billing rates are reasonable and customary as well.

12. I have reviewed the billing entries detailing the amount of work performed, and have reviewed the pleadings in this matter, including but not limited to the Amended Complaint; the Special Motion to Strike the Amended Complaint, based on the SLAPP motion; the Opposition to the Motion to Strike based on SLAPP; the Reply supporting the Motion to Dismiss based on SLAPP and the Trial Court's Order granting the Motion to Dismiss.

13. That being said. I did not review the numerous medical journal articles attached to Dr. Tobinick's Opposition to the Defendant's Motion to Strike based on SLAPP.

14. I have additionally reviewed the billing entries detailing the amount of work performed, and have reviewed the Plaintiffs' Rule 60(b) Motion for Relief From June 3, 2015 Order and Sanctions and Incorporated Memorandum of Law, which sought reconsideration of the Court's anti-SLAPP order; the Defendant's opposition to the Plaintiffs' motion for reconsideration; and the Trial Court's Order denying the Plaintiffs' motion for reconsideration.

15. In my opinion, I find the level of experience and expertise of Mr. Randazza and of his attorneys and staff to be exceptional in the area of SLAPP law, and therefore the hourly rates are reasonable.

16. I find that 154.35 hours billed by Mr. Randazza and his firm was a reasonable number of hours to have been spent on the anti-SLAPP issue in this matter.

17. I further find that 24 hours billed by Mr. Randazza and his firm was a reasonable number of hours to have been spent opposing the motion to reconsider in this matter.

18. California law has a much lower threshold permitting for the recovery of a multiplier than does Florida, especially in the area of SLAPP litigation. *Ketchum v. Moses,* 17 P. 3d 735 (Cal. 2001). I believe that a 200% multiplier is appropriate for fees related to the anti-SLAPP matter.

19. This multiplier approach yields a total attorney fee for the anti-SLAPP matter of $169,435.00, which I find to be reasonable.

20. I also find, based on California law, that Mr. Randazza is permitted to recover attorney's fees for enforcing his right to recover attorney's fees, see *Ketchum* supra.

21. I find that the 92.4 hours billed by Mr. Randazza and his firm was a reasonable number of hours to have spent drafting Dr. Novella's Motion for Fees.

22. Based upon the rates discussed above, I find that the $31,980.50 billed drafting Dr. Novella's Motion for Fees is reasonable.

23. However, since the award of attorney's fees is mandatory, Mr. Randazza is not entitled to a multiplier for the time spent enforcing his right to attorney's fees.

24. I have additionally reviewed a summary of the billing entries detailing the amount of work performed related to Mr. Randazza and his firm defending against the Lanham Act and or the Florida Deceptive Unfair Trade Practice Act (FDUTPA) claims brought by the Plaintiffs in this action.

25. Should the Court find this matter to be an "exceptional case" pursuant to 15 U.S.C. § 1117(a), Dr. Novella should be awarded reasonable attorney fees.

26. I find that of the 902.2 hours billed by Mr. Randazza and his firm, 851.6 hours were a reasonable number of hours to have spent defending against the Lanham Act and or the FDUTPA claims in this matter, having reviewed the docket and filings in this matter.

27. I reduced 43.5 hours for pure travel time and 7.1 hours for billing duplication.

28. That being said, I found very little duplication of services billed. In many instances, there would be meeting among multiple lawyers, where only one lawyer billed, or all of the lawyers reduced their time entries.

29. I was extremely impressed that the law firm did not include $13,356.75 that had been billed to the client, but they are not seeking them from the Plaintiff, because the nature of the entries had been secretarial in nature.

30. I further find that fees in the amount of $274,485.25 (reduced per paragraph 27 above) is reasonable considering the number of hours spent defending against the Lanham Act claims and or the FDUPTA claims, based upon the reasonable rates discussed herein and found on the billing entries attached to Dr. Novella's Motion for Attorneys Fees.

Further affiant sayeth not.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

Dated this 29 day of October, 2015.

_____
James C. Hauser

STATE OF FLORIDA
COUNTY OF _ORANGE_

Sworn to (or affirmed) and subscribed before me this 29th day of October, 2015 by James C. Hauser, who is ____ personally known to me, or _X_ produced __FLDL__ as identification.


Notary Patrick Ingram
State of Florida
MY COMMISSION # FF 70213
Expires: November 13, 2017

_____
Notary Signature

4

# Exhibit A

# D. GILL SPERLEIN, OF COUNSEL
CURRICULUM VITAE

**RANDAZZA LEGAL GROUP**

345 Grove Street, San Francisco, CA 94102
3625 South Town Center Drive, Las Vegas, NV 89135
+1.702.420.2001
dgs@randazza.com

**Education**

JURIS DOCTOR (JD)
AMERICAN UNIVERSITY - WASHINGTON COLLEGE OF LAW - 1994
*Summa Cum Laude*

BACHELOR OF ARTS IN INTERNATIONAL STUDIES (BA)
TOWSON STATE UNIVERSITY - 1989
*Concentrations in Geography and French*

**THE LAW OFFICE OF D. GILL SPERLEIN, Managing Partner**
June 2009 to Present
- *Litigation and Appellate Responsibilities*
    - First Amendment litigation in federal and state courts
    - Trademark and copyright infringement litigation in federal court
    - Defamation litigation in federal and state courts
    - Appellate practice in federal appellate courts
    - Domain name disputes in federal courts and international arbitration
    - Insurance defence, contract disputes
- *Transactional Responsibilities*
    - Providing advice to clients on First Amendment, copyright, trademark, domain name law, internet law, entertainment law, contracts, and employment matters
    - Trademark registration practice in United States
    - Negotiating and drafting intellectual property agreements including right of publicity, non-competition, trade secret protection agreements, and licensing agreements
    - Drafting online affiliate agreements, terms & conditions, and privacy policies
    - Providing advice on state, and federal regulatory matters
    - Business entity formation

**Legal Practice Experience**

**RANDAZZA LEGAL GROUP, Of Counsel**
August 2013 to Present
- *Litigation and Appellate Responsibilities*
    - First Amendment litigation in federal and state courts
    - Trademark and copyright infringement litigation in federal court
    - Defamation litigation in federal and state courts
    - Appellate practice in federal appellate courts
    - Domain name disputes in federal courts and international arbitration
- *Transactional Responsibilities*
    - Providing advice to clients on First Amendment, copyright, trademark, domain name law, internet law, entertainment law, contracts, and employment matters

**IO GROUP, INC., GENERAL COUNSEL**
March 2002 to June 2009
- *Litigation and Appellate Responsibilities*
    - Prosecute trademark and copyright infringement claims in federal court

- o   Develop and implement subpoena response procedures
- *Transactional Responsibilities*
    - o   Developing, implementing, and overseeing high level strategies for protecting intellectual property
    - o   Trademark registration practice
    - o   Negotiating and drafting intellectual property agreements including right of publicity transactions, and licensing agreements
    - o   Drafting online affiliate agreements, terms & conditions, and privacy policies
    - o   Drafting website reviews for clients to assist in intellectual property protection, litigation avoidance, and compliance with federal law

### THE LAW OFFICE OF THOMAS STEEL, PA, Associate
June 1996 – June 1998
- *Litigation Responsibilities*
    - o   Defending clients in municipal license proceedings including applying for business licenses and defending against revocation of business licenses
    - o   Defending clients against copyright infringement claims
    - o   Prosecuting product liability, personal injury, and medical malpractice claims

### CROSBY HEAFY ROACH AND MAY (NOW CROSBY ROWELL), Litigation Support
June 1994 – June 1996
- *Litigation Responsibilities*
    - o   Reviewing for privilege, and organizing for discovery and trial hundreds of thousands of documents as part of litigation team defending clients in high profile toxic tort litigation

**Admitted To Practice**

**States**
California (1994)

**Federal Courts**
United States Supreme Court
5th Circuit Court of Appeals
9th Circuit Court of Appeals
U.S. Court of Appeals for the Federal Circuit
U.S. District Court - Northern District of California
U.S. District Court - Eastern District of California
U.S. District Court - Central District of California
U.S. District Court - Southern District of California
U.S. District Court - Western District of New York
U.S. District Court - Northern District of Texas

**Publications**
- *The State of Adult Content Piracy*, XBIZ July 29, 2009
- *Global Freezing: Issue of Disgorgement*, XBIZ July 19, 2013
- *Corpus Juris: Checking Their Rep,* XBIZ, November 18, 201
- *Corpus Juris: Filming in California?*, XBIZ, January 17, 2014
- *Is It Legal to Shoot Porn in Your State?*, XBIZ, March 30, 2014

**Quotes and Interviews in Newspapers, Magazines, and other Publications**

**Newspapers and Magazines**
- Castro Nudists Take on the Same Fight With a New Attorney, *SF Weekly*, March 10, 2014
- Tubular hell: Why pornographers no longer love the web, *The Economist*, September 2010

**Online Only Sources**
- As Numbers of gTLDs Rise, So Do Cybersquatting Claims, XBiz, July 23, 2014
- Popehat Signal Update: Dream Team Victory in Texas, Popehat, July 6, 2014
- Landmark Copyright Suit Between Viacom, YouTube Is Settled, XBiz, March 18, 2014
- Sex Workers Launch a Bold Strategy to Overturn Prostitution Laws in the Courts, 48 Hills the Secrets of San Francisco, January 28, 2014
- Popehat Signal Update: Dream Team Takes On Litigious AIDS Denier In Texas, Popehat, August 15, 2013
- Battlefoam Learns Why Legal Threats Can Be Dangerous, Popehat, May 2, 2013
- FSC Announces APAP Implementation Deals With Tubes, Adult Video News, October 7, 2010
- Nine Studios and XVideos.com Partner to Police Copyrights, Adult Video News, October 4, 2010
- Anti-Piracy Campaign Documents Massive Views of Infringed Content, Adult Video News, June 28, 2010
- Titan Wins $1.35M Judgment, Adult Video News, May 28, 2010
- FSC Announces Anti-Piracy Action Program, Adult Video News, February 5, 2010
- Titan Drops Legal Bomb on MonsterC***Tube.com Owners at Internext, Adult Video News, August 11, 2009
- Titan Receives $1.275 Million Judgment in Piracy Case, Adult Video News, April 14, 2008
- Titan Sues Houston Retailer Over Copyright Infringement, Adult Video News, February 28, 2008
- Titan Sues Online Gay Porn Piracy Ring, Adult Video News, October 7, 2007
- U.S. Lawmakers Revive Copyright Bill, Adult Video News, March 1, 2007
- Adult Content Tops List of P2P Downloads, Adult Video News, December 20, 2006
- Titan Shuts Down Rainbow-Zone, Auction to be Held April 19, Adult Video News, April 11, 2006
- Titan Media Sets Precedent in Copyright Infringement Case, Adult Video News, November 1, 2005
- P2P Can Be Sued for Infringement, Adult Video News, June 27, 2005
- CA Lawmakers Want Jail, Fines for Anonymous P2Pers, Adult Video News, March 19, 2004
- Titan Wins A Motion To Dismiss In P2P Suit, Adult Video News, December 4,

D. GILL SPERLEIN• 4

    2003
- Titan Wins Judgment against David Forest in Copyright Suit, Adult Video News, April 17, 2003

**Speaking Engagements**

- **XBIX 360° Digital Media Conference**, Legal Update: Hot-Button Issues Impacting Adult Entertainment, Lectured on broad range of issues relating to adult oriented businesses, January 23, 2014, Los Angeles, CA
- **Federal Judicial Center**, BitTorrent Litigation in the Federal Courts, lectured on legal, ethical, and technological issues relating to litigation involving bit torrent and other peer-to-peer technologies for federal judges and other court personal, October 3, 2013, Webinar
- **California State Bar, 38th Annual Intellectual Property Institute,** Copyrights or Copywrongs: Is the Current System Working, lectured on current issues of concern regarding copyright enforcement, November 8, 2013, Berkeley, CA
- **First Amendment Lawyers' Association,** SLAPP Suits and SLAPP Legislation, Lectured on updates in defamation law and related litigation in prominent cases across the country, July 13, 2013, Philadelphia, PA
- **Phoenix Forum,** Legal 101, Lectured to adult business owners and operators on a broad array of legal issues concerning adult oriented businesses, April 11, 2013, Phoenix, AZ
- **XBIX 360° Digital Media Conference**, Beyond DMCA: The Fight Against Piracy, lectured on ethical, legal, and technological issues relating to enforcing copyrights on the Internet, January 11, 2013, Los Angeles, CA
- **Phoenix Forum,** Piracy 401, lectured on high level legal, ethical, and technological issues relating to Internet based piracy, April 1, 2012, Phoenix, AZ
- **X-BIZ Conference**, Top Legal Issues of 2012 and Beyond Presented by FSC, lectured on political, legal, and ethical issues relating to proposed federal legislation referred to as Stop Online Piracy Act (SOPA), January 10, 2012, Los Angeles.
- **University of San Francisco School of Law, Internet and Intellectual Property Justice Clinic**, The Highs and Lows of Bit Torrent Litigation, Guest lectured to law clinic students on legal, technological, and ethical issues relating to copyright litigation involving the digital transfer of works through bit torrent and other peer-to-peer technologies, April 27, 2011, San Francisco, CA
- **First Amendment Lawyers Association,** Free Speech and the Internet - An Update, lectured on recent legal developments involving free speech on the Internet, February 24, 2011, Washington, DC.
- **Internext Expo 2011**, The Elephant in the Room: Is Suing End Users a Good Idea?, lectured on legal, technological, and ethical issues relating to copyright litigation involving the digital transfer of works through bit torrent and other peer-to-peer technologies, January 10, 2011, Las Vegas, NV
- **Adult Entertainment Expo**, Arthur Schwartz Legal Seminar, lectured on legal issues facing adult oriented business, January 8, 2011, Las Vegas, NV
- **Content Protection Retreat,** DMCA Myths & Realities Revealed, panelist on discussion designed to go beyond the DMCA basics and provide critical information for content owners, October 18, 2010, Tucson, AZ

D. GILL SPERLEIN• 5

- **Content Protection Retreat,** Digital Fingerprinting-Filtering, Monetizing, Demonstration, panelist on discussion to inform content owners of technological ways to use digital fingerprinting to locate infringing content on the Internet and programs designed to convert infringement of their works on the Internet into revenue.  October 19, 2010, Tucson, AZ
- **Content Protection Retreat,** Copyright Process, Litigation Prep & Outcomes, panelist on discussion to inform content owners on issues of copyright registration and how to prepare for possible litigation, October 19, 2010, Tucson, AZ
- **Content Protection Retreat,** End User Litigation Services, panelist on discussion to inform content owners of legal, moral, and business issues relating to suing individuals who use bit torrent and other technologies to trade pirated copies of works on the Internet, October 19, 2010, Tucson, AZ
- **Adult Entertainment Expo**, Ripped Off! Imitation Is the Sincerest Form of Thievery, August 8, 2010, Hollywood, FL
- **Adult Entertainment Expo**, Essential Knowledge for Retailers, Letured on legal issues relating to operating an adult oriented retain business, August 8, 2010, Hollywood, FL
- **First Amendment Lawyers Association,** Free Speech and the Internet - An Update, Lectured on recent developments involving free speech on the Internet, July 22, 2010, Denver, CO
- **XBIZ LA Conference**, Legal Seminar, lectured on legal issues relevant to the adult entertainment industry, February 9, 2010, Los Angeles, CA
- **Adult Entertainment Expo,** Legal Seminar, lectured on 18 U.S.C. 2257 a federal regulation requiring adult production companies to gather, index, and retain age verification records for performers, Hollywood, FL, August 7, 2009
- **FSC Summit: How to Survive and Thrive in the Digital Environment**, To Sue or Not to Sue and What's to Gain?" Lectured on legal and technological issues relating to operating on-line adult entertainment businesses, November 18, 2008, Los Angeles, CA
- **California State Assembly, Revenue & Tax Committee**, testified to the State Assembly Revenue and Tax Comitteee on the constitutionality of a bill that would have required mandatory use of condoms in adult film production in California, May 12, 2008, Sacramento, CA
- **GAYVN Summit**, Lectured on ways to use the executive and legal branches of government to reduce the effect of piracy on digital communication businesses, February 18, 2008, San Francisco, CA
- **Internext**, Piracy Roundtable, Lectured on ways to use the executive and legal branches of government to reduce the effect of piracy on digital communication businesses, January 15, 2008, Las Vegas, NV
- **First Amendment Lawyers Association,** Piracy and Related Issues, lectured on copyright infringement on the Internet, February 5, 2009, New Orleans, LA
- **California Free Speech Lobbying Days**, met with various state senators and assembly members concerning legislative issues effecting free speech in California, April 25, 2006, Sacramento, CA
- **ASACP, Industry Executive Forum**, lectured on legal and technological issues relating to access to adult material on line, December, 2005, Los Angeles, CA
- **National Gay and Lesbian Task Force, Creating Change Conference,** That's

D. GILL SPERLEIN• 6

    Obscene! Pornography, the Government, and You!, lectured on legal issues relating to the adult entertainment industry specifically as those issues concern gay, lesbian, bisexual, and transgendered people, November 13, 2005, Oakland, CA
- **California Free Speech Lobbying Days,** met with various state senators and assembly members concerneing legislative issues effecting free speech in California, Sacramento, CA, April 19, 2005
- **California State Assembly Labor Committee**, Adult Industry Health and Safety Hearing, testified at a public hearing concerning health and safety issues relating to the adult entertainment production industry, Van Nuys, CA, June 4, 2004
- **California State Assembly Health Committee**, testified at a hearing on AB 2798, a bill that would have required mandatory HV testing and mandatory condom use in all adult film productions in California, Sacramento, CA, May 4, 2004

**Professional Organizations**

First Amendment Lawyers Association
Bay Area Lawyers for Individual Freedom
Free Speech Coalition

Exhibit B

# Jay Marshall Wolman

EXPERIENCE:
**Raymond Law Group, LLC, Glastonbury, CT,** *Sr. Associate,* **2012-2013;** *Counsel***, 2014-2015**
Practiced civil litigation, with emphasis on employment law and technology sector.  Responsible for majority of firm's active litigation practice, in state and Federal courts and before administrative agencies and ADR neutrals.  Draft and edit pleadings, discovery, motions and briefs.  Take depositions, argue motions, and examine witnesses in contested proceedings.  Counsel clients through cases, from intake to resolution.  Negotiate and settle disputes, pre-suit and up through trial.  Active in firm's online and in-person marketing, including appearance on television news.
- *New England Super Lawyer: Rising Star—2013, 2014 & 2015; Martindale-Hubbell,* AV® Rated
- *CIPP/US* ® Certified by the Int'l Assoc. of Privacy Professionals

**D'Angelo & Hashem, LLC, Boston, MA,** *Senior Associate***, 2006-2012**
Primarily practice civil litigation and employment law.  Litigate nearly all of firm's civil litigation practice, including class actions and complex litigation, in state and Federal courts.  Handle all aspects of litigation, including jury trial and appellate practice.  Represent clients before state and Federal administrative agencies.  Appear on behalf of clients in disciplinary proceedings, arbitrations, and mediations.  Counsel clients on wide range of civil concerns.  Negotiate settlements of cases, employment contracts and severance agreements.  Craft and implement public relations strategies on high profile cases.  Mentor junior associates on litigation practice.
- *New England Super Lawyer: Rising Star—2011.*

**ADR Partners, LLC, f/k/a ADR Associates, LLC,  Washington, DC,** *Associate***, 2000-2006**
Investigated and supervised disposition of over 70,000 petitions in major class-action settlement.  Drafted and edited arbitration decisions.  Managed dispute resolution mechanisms for third parties, as Project Manager for the D.C. Office of Police Complaints and Program Director for the American Health Lawyers' Association ADR Service.

**Nat'l Labor Relations Board, Off. of Rep. Appeals, Washington, DC,** *Student Assistant (Legal),* **Summer 1999**
Performed extensive research on labor representation matters.  Met with and presented cases to Board members for decision.  Drafted case analyses and prepared final orders for Board members for decision.

**U.S. Dep't of Commerce, Off. of Gen. Counsel, Emp. & Labor Law Div., Washington, DC,**  *Paralegal Specialist***, Summer 1998**
Performed extensive research in Federal labor and employment law.  Drafted motions and discovery for cases before the Equal Employment Opportunity Commission, Merit Systems Protection Board, Federal Labor Relations Authority & Foreign Service Grievance Board.

EDUCATION:
**Georgetown University Law Center, Washington, DC, Juris Doctor, May 2000**
Clinical Experience:   Institute for Public Representation—litigate disability rights and aviation cases in Federal courts.
Research Assistantship:  Prof. Joseph A. Page—workers' compensation and occupational safety & health law.
Law Journal:  Georgetown Journal on Poverty Law & Policy—*Managing Editor (1999-2000)*.
**Honors:**  Dean's List

**Cornell University,  New York State School of Industrial and Labor Relations, Ithaca, NY, Bachelor of Science in Industrial and Labor Relations, May 1997**
Credit Internship:  U.S. House of Representatives, Committee on Economic and Educational Opportunities, Fall 1996
**Honors:**  Dean's Scholar, Dean's List

BAR ADMISSIONS:
- State of Connecticut
- Commonwealth of Massachusetts
- State of New York
- District of Columbia
- U.S. District Courts for the Districts of Columbia, Massachusetts, and Connecticut
- U.S. Courts of Appeals for the First & Second Circuits
- U.S. Supreme Court

ORGANIZATIONAL MEMBERSHIPS:
- Cornell University Class of 1997—*Secretary & Treasurer,* 2007 to 2012
- Cornell Club of Greater Hartford
- International Association of Privacy Professionals, *CIPP/US Certified*, 2014-Present.
- Amer. Bar Assoc., Sec. on Tort, Trial and Ins. Prac., Workers' Comp. & Employers' Liability Cmte.—*Vice Chair* 2011-present, Automobile L. Cmte.—*SubCmte. Chair* 2012-2014; Sec. on Lab. & Emp. Law; Young Lawyers' Div., Disp. Res. Cmte.—*Vice Chair* 2005-2006
- Connecticut Bar Association, Litigation Section—*Comm'n Cmte Co-Chair,* 2014-Present; Young Lawyers' Sec.—*Technology Chair* 2013-2014
- D.C. Bar, Litigation Section, ADR Committee—*Vice Chair* 2005-2006

ADDITIONAL ACTIVITIES:
- EEO/FAD Consultant to JDG Associates, Inc., 2004-2012
- Arbitration Consultant to Joshua Javits/Dispute Resolution Services, 2003-2006
- Arbitrator with Better Business Bureaus, 2002-2006
- Mediator with Montgomery County State's Attorney's Office, 2001-2006
- Mediator with Community Dispute Resolution Center, 2001-2006
- Mediator & Conciliator with DC Office of Human Rights, 2002-2006
- Mediator with SquareTrade, Inc., 2003-2006
- Panel Mediator & Facilitator with District Court of Maryland, 2004-2006; Recipient of *Certificate of Appreciation*, April 2005; July 2005; April 2006
- Mediator with D.C. Bar Attorney Client Arbitration Board, 2005-2006
- Newsletter Editor, D.C. Chapter, Association for Conflict Resolution, 2002-2006
- Editorial Board of the Online Journal of Peace and Conflict Resolution, 2004-2006

PUBLICATIONS:

J. Wolman, *Recent Developments in FELA Cases*, NEWSLETTER OF THE ABA TORT TRIAL & INS. PRAC. SEC., COMM. ON WORKERS' COMPENSATION AND EMPLOYER LIABILITY (forthcoming 2015).

J. Wolman, *Corporate Image, Social Media & NLRB: A Dangerous Intersection,* CT LAW TRIB. (Oct. 19, 2012).

J. Wolman & S. Hashem, *Will Health Care Reform Hasten the Demise of No-Fault Insurance?* 14 TORTSOURCE 1 (Spring 2012).

J. Wolman & S. Hashem, *Filling the Bill: Collateral Sources as Evidence of Medical Expenses*, NEWSLETTER OF THE ABA TORT TRIAL & INS. PRAC. SEC., COMM. ON AUTOMOBILE L. (Winter 2011).

J. Wolman & S. Hashem, *Why Can't We Be Friends? On the Pitfalls of Social Media,* NEWSLETTER OF THE ABA TORT TRIAL & INS. PRAC. SEC., COMM. ON AUTOMOBILE L. (Summer 2011).

J. Wolman, *Equity Between the Public & Private Sectors*, 12 GEO. J. ON POV. LAW & POL'Y 243 (Summer 2005).

J. Wolman, *Editor's Corner* & misc. news articles, DC ACR NEWSLETTER (recurring 2002-2006).

LECTURES & PRESENTATIONS:

Presenter, *What EVERY Business Needs to Know about Data Breach & Cyber Liability,* Glastonbury Chamber of Commece, Nov. 2014

Presenter, *Emerging Issues and Recent Updates in Employment Law,* CT Society of CPAs, 2014

Presenter, *Your Rights in the Workplace,* Operation A.B.L.E., Inc., 2008 to 2012

Presenter, *Workplace Rights & Wrongs,* ValleyWorks Career Center, 2009

Instructor of Alternative Dispute Resolution & Client Counseling Team Coach, Georgetown Univ. Law Ctr., 2002-2006

Instructor, *Interview Workshop*, Jubilee Jobs, Inc., 2003-2006

Panelist, *Young Lawyers and Mediation: The Importance of Mediation Skills in the Development of a Young Lawyer's Career,* ABA Section on Dispute Resolution Conference, Apr. 27, 2007

Presenter, *Dealing with Intense Emotions*, Maryland ADR Conference, January 10, 2006

Facilitator, *Table Sharing: Pathways to Peace*, Fairfax Public Schools, Nov. 22, 2005

Facilitator, *An Introduction to Mediation: Northern VA Student Mediation Conference*, Fairfax Pub. Schools, March 2005

Panelist, *What Law Students (and Lawyers) Should Know About ADR*, Am. Univ. Washington Coll. of Law, October 2004

Instructor, *Workplace Street Law*, D.C. Public Schools, Spring 2004 & 2005

Program Chair, *Bottom of the Ninth* (panel on Baseball Arbitration), D.C. Bar, Nov. 2002

Contestant, *Jeopardy!: Game #4617* (ABC television broadcast), Oct. 5, 2004