# EXHIBIT 5

Billing Summary Charts

### Total Anti-SLAPP Billable Hours

| Sum of Billable Time | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | 3.9 | 126.1 | 130 |
| Alexandria Mendonca | | 0 | 0 |
| Brandon Dalby | 1.5 | | 1.5 |
| Brent Tuttle | 1.8 | 32.85 | 34.65 |
| Gill Sperlein | 0.6 | 19.3 | 19.9 |
| J. Wolman | 7.3 | 209.5 | 216.8 |
| Jason Fischer | | 1.8 | 1.8 |
| Jeremy Robins | | 38.8 | 38.8 |
| Marc Randazza | 83.35 | 320.95 | 404.3 |
| Ron Green | 2.1 | 16.3 | 18.4 |
| Theresa Haar | 74.3 | 163.1 | 237.4 |
| Tiffany Fuller | | 0.1 | 0.1 |
| Trey Rothell | 3.5 | 62.2 | 65.7 |
| Grand Total | 178.35 | 991 | 1169.35 |

### Total Anti-SLAPP Amount Billed

| Sum of Billable Amt | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | $845.00 | $28,202.50 | $29,047.50 |
| Alexandria Mendonca | | $0.00 | $0.00 |
| Brandon Dalby | $225.00 | | $225.00 |
| Brent Tuttle | $225.00 | $4,106.25 | $4,331.25 |
| Gill Sperlein | $285.00 | $8,305.00 | $8,590.00 |
| J. Wolman | $2,920.00 | $83,800.00 | $86,720.00 |
| Jason Fischer | | $450.00 | $450.00 |
| Jeremy Robins | | $9,163.00 | $9,163.00 |
| Marc Randazza | $35,727.50 | $123,702.50 | $159,430.00 |
| Ron Green | $927.50 | $6,840.00 | $7,767.50 |
| Theresa Haar | $19,891.00 | $43,425.50 | $63,316.50 |
| Tiffany Fuller | | $0.00 | $0.00 |
| Trey Rothell | $525.00 | $9,330.00 | $9,855.00 |
| Grand Total | $61,571.00 | $317,324.75 | $378,895.75 |

### Reconsideration Billable Hours

| Sum of Billable Time | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | 2.3 | 127.7 | 130 |
| Alexandria Mendonca | | 0 | 0 |
| Brandon Dalby | | 1.5 | 1.5 |
| Brent Tuttle | 0.3 | 34.35 | 34.65 |
| Gill Sperlein | 0.6 | 19.3 | 19.9 |
| J. Wolman | 7.3 | 209.5 | 216.8 |
| Jason Fischer | | 1.8 | 1.8 |
| Jeremy Robins | | 38.8 | 38.8 |
| Marc Randazza | 9.9 | 394.4 | 404.3 |
| Ron Green | 0.1 | 18.3 | 18.4 |
| Theresa Haar | | 237.4 | 237.4 |
| Tiffany Fuller | | 0.1 | 0.1 |
| Trey Rothell | 3.5 | 62.2 | 65.7 |
| Grand Total | 24 | 1145.35 | 1169.35 |

### Reconsideration Amount Billed

| Sum of Billable Amt | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | $557.50 | $28,490.00 | $29,047.50 |
| Alexandria Mendonca | | $0.00 | $0.00 |
| Brandon Dalby | | $225.00 | $225.00 |
| Brent Tuttle | $37.50 | $4,293.75 | $4,331.25 |
| Gill Sperlein | $285.00 | $8,305.00 | $8,590.00 |
| J. Wolman | $2,920.00 | $83,800.00 | $86,720.00 |
| Jason Fischer | | $450.00 | $450.00 |
| Jeremy Robins | | $9,163.00 | $9,163.00 |
| Marc Randazza | $4,795.00 | $154,635.00 | $159,430.00 |
| Ron Green | $27.50 | $7,740.00 | $7,767.50 |
| Theresa Haar | | $63,316.50 | $63,316.50 |
| Tiffany Fuller | | $0.00 | $0.00 |
| Trey Rothell | $525.00 | $9,330.00 | $9,855.00 |
| Grand Total | $9,147.50 | $369,748.25 | $378,895.75 |

### Lanham Billable Hours

| Sum of Billable Time | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | 115 | 15 | 130 |
| Alexandria Mendonca | | 0 | 0 |
| Brandon Dalby | | 1.5 | 1.5 |
| Brent Tuttle | 30.05 | 4.6 | 34.65 |
| Gill Sperlein | 0.8 | 19.1 | 19.9 |
| J. Wolman | 208.1 | 8.7 | 216.8 |
| Jason Fischer | 1.8 | | 1.8 |
| Jeremy Robins | 13.1 | 25.7 | 38.8 |
| Marc Randazza | 312.85 | 91.45 | 404.3 |
| Ron Green | 15.8 | 2.6 | 18.4 |
| Theresa Haar | 142.1 | 95.3 | 237.4 |
| Tiffany Fuller | | 0.1 | 0.1 |
| Trey Rothell | 62.6 | 3.1 | 65.7 |
| Grand Total | 902.2 | 267.15 | 1169.35 |

### Lanham Amount Billed

| Sum of Billable Amt | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | $25,395.00 | $3,652.50 | $29,047.50 |
| Alexandria Mendonca | | $0.00 | $0.00 |
| Brandon Dalby | | $225.00 | $225.00 |
| Brent Tuttle | $3,756.25 | $575.00 | $4,331.25 |
| Gill Sperlein | $295.00 | $8,295.00 | $8,590.00 |
| J. Wolman | $83,240.00 | $3,480.00 | $86,720.00 |
| Jason Fischer | $450.00 | | $450.00 |
| Jeremy Robins | $2,752.50 | $6,410.50 | $9,163.00 |
| Marc Randazza | $120,805.00 | $38,625.00 | $159,430.00 |
| Ron Green | $6,740.00 | $1,027.50 | $7,767.50 |
| Theresa Haar | $36,979.00 | $26,337.50 | $63,316.50 |
| Tiffany Fuller | | $0.00 | $0.00 |
| Trey Rothell | $9,390.00 | $465.00 | $9,855.00 |
| Grand Total | $289,802.75 | $89,093.00 | $378,895.75 |

**Fees on Fees Billable Hours**

| Sum of Billable Time | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | 9.6 | 120.4 | 130 |
| Alexandria Mendonca | 0 | | 0 |
| Brandon Dalby | | 1.5 | 1.5 |
| Brent Tuttle | 0.6 | 34.05 | 34.65 |
| Gill Sperlein | 18.5 | 1.4 | 19.9 |
| J. Wolman | 16 | 200.8 | 216.8 |
| Jason Fischer | | 1.8 | 1.8 |
| Jeremy Robins | 20.1 | 18.7 | 38.8 |
| Marc Randazza | 16.3 | 388 | 404.3 |
| Ron Green | 0.2 | 18.2 | 18.4 |
| Theresa Haar | | 237.4 | 237.4 |
| Tiffany Fuller | | 0.1 | 0.1 |
| Trey Rothell | 11.1 | 54.6 | 65.7 |
| **Grand Total** | **92.4** | **1076.95** | **1169.35** |

**Fees on Fees Billable Amount**

| Sum of Billable Amt | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | $2,335.00 | $26,712.50 | $29,047.50 |
| Alexandria Mendonca | $0.00 | | $0.00 |
| Brandon Dalby | | $225.00 | $225.00 |
| Brent Tuttle | $75.00 | $4,256.25 | $4,331.25 |
| Gill Sperlein | $8,010.00 | $580.00 | $8,590.00 |
| J. Wolman | $6,400.00 | $80,320.00 | $86,720.00 |
| Jason Fischer | | $450.00 | $450.00 |
| Jeremy Robins | $5,380.50 | $3,782.50 | $9,163.00 |
| Marc Randazza | $8,035.00 | $151,395.00 | $159,430.00 |
| Ron Green | $80.00 | $7,687.50 | $7,767.50 |
| Theresa Haar | | $63,316.50 | $63,316.50 |
| Tiffany Fuller | | $0.00 | $0.00 |
| Trey Rothell | $1,665.00 | $8,190.00 | $9,855.00 |
| **Grand Total** | **$31,980.50** | **$346,915.25** | **$378,895.75** |

**Two Months Preceding Order Billable Hours**

| Sum of Billable Time | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | 38.2 | 91.8 | 130 |
| Alexandria Mendonca | | 0 | 0 |
| Brandon Dalby | | 1.5 | 1.5 |
| Brent Tuttle | 0.3 | 34.35 | 34.65 |
| Gill Sperlein | 6.1 | 13.8 | 19.9 |
| J. Wolman | 167 | 49.8 | 216.8 |
| Jason Fischer | | 1.8 | 1.8 |
| Jeremy Robins | | 38.8 | 38.8 |
| Marc Randazza | 87.2 | 317.1 | 404.3 |
| Ron Green | 0.3 | 18.1 | 18.4 |
| Theresa Haar | | 237.4 | 237.4 |
| Tiffany Fuller | | 0.1 | 0.1 |
| Trey Rothell | 44.2 | 21.5 | 65.7 |
| **Grand Total** | **343.3** | **826.05** | **1169.35** |

**Two Months Preceding Order Amount Billed**

| Sum of Billable Amt | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | $8,345.00 | $20,702.50 | $29,047.50 |
| Alexandria Mendonca | | $0.00 | $0.00 |
| Brandon Dalby | | $225.00 | $225.00 |
| Brent Tuttle | $37.50 | $4,293.75 | $4,331.25 |
| Gill Sperlein | $2,120.00 | $6,470.00 | $8,590.00 |
| J. Wolman | $66,800.00 | $19,920.00 | $86,720.00 |
| Jason Fischer | | $450.00 | $450.00 |
| Jeremy Robins | | $9,163.00 | $9,163.00 |
| Marc Randazza | $34,252.50 | $125,177.50 | $159,430.00 |
| Ron Green | $107.50 | $7,660.00 | $7,767.50 |
| Theresa Haar | | $63,316.50 | $63,316.50 |
| Tiffany Fuller | | $0.00 | $0.00 |
| Trey Rothell | $6,630.00 | $3,225.00 | $9,855.00 |
| **Grand Total** | **$118,292.50** | **$260,603.25** | **$378,895.75** |

**Total Billable Hours**

| Sum of Billable Time | |
|---|---|
| Row Labels | Total |
| Alex Shepard | 130 |
| Alexandria Mendonca | 0 |
| Brandon Dalby | 1.5 |
| Brent Tuttle | 34.65 |
| Gill Sperlein | 19.9 |
| J. Wolman | 216.8 |
| Jason Fischer | 1.8 |
| Jeremy Robins | 38.8 |
| Marc Randazza | 404.3 |
| Ron Green | 18.4 |
| Theresa Haar | 237.4 |
| Tiffany Fuller | 0.1 |
| Trey Rothell | 65.7 |
| **Grand Total** | **1169.35** |

**Total Amount Billed**

| Sum of Billable Amt | |
|---|---|
| Row Labels | Total |
| Alex Shepard | $29,047.50 |
| Alexandria Mendonca | $0.00 |
| Brandon Dalby | $225.00 |
| Brent Tuttle | $4,331.25 |
| Gill Sperlein | $8,590.00 |
| J. Wolman | $86,720.00 |
| Jason Fischer | $450.00 |
| Jeremy Robins | $9,163.00 |
| Marc Randazza | $159,430.00 |
| Ron Green | $7,767.50 |
| Theresa Haar | $63,316.50 |
| Tiffany Fuller | $0.00 |
| Trey Rothell | $9,855.00 |
| **Grand Total** | **$378,895.75** |

**Total Anti-SLAPP Lodestar Amount**

| User | Rate | Lodestar | 2xLodestar | 2xDifferential |
|---|---|---|---|---|
| Alex Shepard | $325.00 | $1,267.50 | $2,535.00 | $1,690.00 |
| Alexandria Mendonca | | $0.00 | $0.00 | $0.00 |
| Brandon Dalby | $150.00 | $225.00 | $450.00 | $225.00 |
| Brent Tuttle | $125.00 | $225.00 | $450.00 | $225.00 |
| Gill Sperlein | $475.00 | $285.00 | $570.00 | $285.00 |
| J. Wolman | $400.00 | $2,920.00 | $5,840.00 | $2,920.00 |
| Jason Fischer | | $0.00 | $0.00 | $0.00 |
| Jeremy Robins | | $0.00 | $0.00 | $0.00 |
| Marc Randazza | $650.00 | $54,177.50 | $108,355.00 | $72,627.50 |
| Ron Green | $450.00 | $945.00 | $1,890.00 | $962.50 |
| Theresa Haar | $325.00 | $24,147.50 | $48,295.00 | $28,404.00 |
| Tiffany Fuller | | $0.00 | $0.00 | $0.00 |
| Trey Rothell | $150.00 | $525.00 | $1,050.00 | $525.00 |
| | Totals | **$84,717.50** | **$169,435.00** | **$107,864.00** |

**Total Reconsideration Lodestar**

| User | Rate | Lodestar | 2xLodestar | 2xDifferential |
|---|---|---|---|---|
| Alex Shepard | $325.00 | $747.50 | $1,495.00 | $937.50 |
| Alexandria Mendonca | | $0.00 | $0.00 | $0.00 |
| Brandon Dalby | $150.00 | $0.00 | $0.00 | $0.00 |
| Brent Tuttle | $125.00 | $37.50 | $75.00 | $37.50 |
| Gill Sperlein | $475.00 | $285.00 | $570.00 | $285.00 |
| J. Wolman | $400.00 | $2,920.00 | $5,840.00 | $2,920.00 |
| Jason Fischer | $360.00 | $0.00 | $0.00 | $0.00 |
| Jeremy Robins | $360 | $0.00 | $0.00 | $0.00 |
| Marc Randazza | $650.00 | $6,435.00 | $12,870.00 | $8,075.00 |
| Ron Green | $450.00 | $45.00 | $90.00 | $62.50 |
| Theresa Haar | $325.00 | $0.00 | $0.00 | $0.00 |
| Tiffany Fuller | | $0.00 | $0.00 | $0.00 |
| Trey Rothell | $150.00 | $525.00 | $1,050.00 | $525.00 |
| | Totals | **$10,995.00** | **$21,990.00** | **$12,842.50** |

**Lanham Lodestar**

| User | Rate | Hours | Total |
|---|---|---|---|
| Alex Shepard | $325.00 | 115.0 | $37,375.00 |
| Brent Tuttle | $125.00 | 30.1 | $3,756.25 |
| Gill Sperlein | $475.00 | 0.8 | $380.00 |
| J. Wolman | $400.00 | 208.1 | $83,240.00 |
| Jason Fischer | $360.00 | 1.8 | $648.00 |
| Jeremy Robins | $360.00 | 13.1 | $4,716.00 |
| Marc Randazza | $650.00 | 312.9 | $203,352.50 |
| Ron Green | $450.00 | 15.8 | $7,110.00 |
| Theresa Haar | $325.00 | 142.1 | $46,182.50 |
| Trey Rothell | $150.00 | 62.6 | $9,390.00 |
|  |  |  | **$396,150.25** |

**Less Travel and Duplication per Hauser**

| User | Rate | Hours | Total |
|---|---|---|---|
| Marc Randazza | $650.00 | -36.6 | -$23,790.00 |
| Theresa Haar | $325.00 | -10.0 | -$3,250.00 |
| Jeremy Robins | $360.00 | -4.0 | -$1,440.00 |
|  |  |  | **-$28,480.00** |

|  |  | **Total** | **$367,670.25** |
|---|---|---|---|

### Lanham Amount Billed 3/16/15 and Before

| Sum of Billable Amt | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | $630.00 | $28,417.50 | $29,047.50 |
| Alexandria Mendonca | | $0.00 | $0.00 |
| Brandon Dalby | | $225.00 | $225.00 |
| Brent Tuttle | | $4,331.25 | $4,331.25 |
| Gill Sperlein | $55.00 | $8,535.00 | $8,590.00 |
| J. Wolman | | $86,720.00 | $86,720.00 |
| Jason Fischer | | $450.00 | $450.00 |
| Jeremy Robins | | $9,163.00 | $9,163.00 |
| Marc Randazza | $34,470.00 | $124,960.00 | $159,430.00 |
| Ron Green | $6,020.00 | $1,747.50 | $7,767.50 |
| Theresa Haar | $25,029.00 | $38,287.50 | $63,316.50 |
| Tiffany Fuller | | $0.00 | $0.00 |
| Trey Rothell | | $9,855.00 | $9,855.00 |
| **Grand Total** | **$66,204.00** | **$312,691.75** | **$378,895.75** |

### Lanham Amount Billed Post 3/16/15

| Sum of Billable Amt | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | $24,765.00 | $4,282.50 | $29,047.50 |
| Alexandria Mendonca | | $0.00 | $0.00 |
| Brandon Dalby | | $225.00 | $225.00 |
| Brent Tuttle | $3,756.25 | $575.00 | $4,331.25 |
| Gill Sperlein | $240.00 | $8,350.00 | $8,590.00 |
| J. Wolman | $83,240.00 | $3,480.00 | $86,720.00 |
| Jason Fischer | $450.00 | | $450.00 |
| Jeremy Robins | $2,752.50 | $6,410.50 | $9,163.00 |
| Marc Randazza | $86,335.00 | $73,095.00 | $159,430.00 |
| Ron Green | $720.00 | $7,047.50 | $7,767.50 |
| Theresa Haar | $11,950.00 | $51,366.50 | $63,316.50 |
| Tiffany Fuller | | $0.00 | $0.00 |
| Trey Rothell | $9,390.00 | $465.00 | $9,855.00 |
| **Grand Total** | **$223,598.75** | **$155,297.00** | **$378,895.75** |

### Total Amount Billed Post 3/16/2015

| Sum of Billable Amt | Column Labels | | |
|---|---|---|---|
| Row Labels | YES | (blank) | Grand Total |
| Alex Shepard | $28,130.00 | $917.50 | $29,047.50 |
| Alexandria Mendonca | $0.00 | | $0.00 |
| Brandon Dalby | | $225.00 | $225.00 |
| Brent Tuttle | $4,331.25 | | $4,331.25 |
| Gill Sperlein | $8,535.00 | $55.00 | $8,590.00 |
| J. Wolman | $86,720.00 | | $86,720.00 |
| Jason Fischer | $450.00 | | $450.00 |
| Jeremy Robins | $9,163.00 | | $9,163.00 |
| Marc Randazza | $98,180.00 | $61,250.00 | $159,430.00 |
| Ron Green | $1,027.50 | $6,740.00 | $7,767.50 |
| Theresa Haar | $11,950.00 | $51,366.50 | $63,316.50 |
| Tiffany Fuller | | $0.00 | $0.00 |
| Trey Rothell | $9,855.00 | | $9,855.00 |
| **Grand Total** | **$258,341.75** | **$120,554.00** | **$378,895.75** |