UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80781-RLR

EDWARD TOBINICK, M.D., an individual, )
et al.,                                )
                                       )
                  Plaintiffs,          )
                                       )
       vs.                             )
                                       )
STEVEN NOVELLA, M.D., an individual,   )
                                       )
                  Defendant.           )
                                       )
_____)

**CORRECTED NOTICE OF APPEAL**

Plaintiffs Edward Lewis Tobinick, M.D., A Medical Corporation d/b/a The Institute of Neurological Recovery, INR PLLC d/b/a Institute of Neurological Recovery, and Edward Tobinick, M.D. ("Plaintiffs") file this notice of appeal to the 11th Circuit Court of Appeals of the District Court's order granting summary judgment for Defendant Steven Novella, M.D., signed on September 30, 2015 and docketed on October 2, 2015, [Dkt. No. 288] (attached hereto as **Exhibit A**), which directed the Clerk of Court to "close [the] case," [*id*. at p. 10], and which constitutes a final judgment. *See*, *e.g.*, *Ardoin v. J. Ray McDermott & Co.*, 641 F.2d 277, 278-279 (5th Cir. 1981) ("In this case, the district court's decision to grant summary judgment for McDermott is such a final order because the determination that Ardoin was not a Jones Act seaman effectively terminated the suit."); *Burkett v. Shell Oil Co.*, 487 F.2d 1308, 1314 (5th Cir. 1973) ("Since an appeal may be taken only from a final judgment, the district court's order granting Shell's motion for summary judgment of September 19, 1970, constituted a final judgment."); *see also* 10A Fed. Prac. & Proc. Civ. § 2715 (3d ed.).

This notice of appeal of the final judgment draws "in question all prior non-final orders and rulings. . . ." *Toomey v. Wachovia Ins. Servs.*, 450 F.3d 1225, 1228 n.2 (11th Cir. 2006). Thus,

1

Plaintiffs are appealing, in its entirety, the order signed on September 30, 2015 and docketed on October 2, 2015, [Dkt. No. 288], and are appealing all prior orders and other rulings.

Respectfully submitted,

| Geoffrey M. Cahen<br>Fla. Bar No. 0013319<br>CAHEN LAW, P.A.<br>1900 Glades Road, Suite 355<br>Boca Raton, Florida  33431<br>Telephone: (561) 922-0430<br>Fax: (561) 353-5455<br>E-Mail: geoff@cahenlaw.com | *s/ Cullin O'Brien*<br>Cullin O'Brien<br>Fla. Bar. No. 0597341<br>CULLIN O'BRIEN LAW, P.A.<br>6541 NE 21st Way<br>Ft. Lauderdale, Florida 33308<br>Telephone: (561) 676-6370<br>Fax: (561) 320-0285<br>E-Mail: cullin@cullinobrienlaw.com |
|---|---|

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that he filed the foregoing and the accompanying exhibit with the ECF system and served same on defense counsel this October 30, 2015.

*/s/ Cullin O'Brien*
Cullin O'Brien

Marc John Randazza, Randazza Legal Group
3625 South Town Center Drive
Las Vegas, NV 89135 Email: MJR@randazza.com

2