UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80781-RLR

EDWARD TOBINICK, M.D., an individual, et al.,

          Plaintiffs,

vs.

STEVEN NOVELLA, M.D., an individual,

          Defendant.

**PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to S.D. Fla. L.R. 5.4 and this Court's Protective Order (the "Protective Order"), [DE-243], Plaintiffs respectfully submits the following Motion to File Documents Under Seal and, in support thereof, states:

1. Soon hereafter, Plaintiffs will submit their response to Defendant's Omnibus Motion For Attorneys' Fees And Costs. DE-292.

2. Plaintiffs' response relies upon certain excerpts of documents that have been designated "Confidential" by Defendant pursuant to the Protective Order. DE-243 at ¶ 14.

3. Accordingly, pursuant to the Protective Order, Plaintiffs respectfully move this Court to seal Defendant Steven Novella's Deposition Transcript dated August 24, 2015 and Exhibits 25 and 37 thereto. The relevant documents are attached hereto.

4. The subject document should remain sealed until the conclusion of this case, including the appeal. Then, it should be returned to Plaintiffs' undersigned counsel.

5. If the Court denies this motion for any reason, it should nonetheless permit the filing of the sealed materials in the public record.

WHEREFORE, Plaintiff respectfully asks this Court to grant the foregoing Motion to File Documents Under Seal.

Respectfully submitted,

|  | _s/ Cullin O'Brien_____<br>Cullin O'Brien<br>Fla. Bar. No. 0597341<br>CULLIN O'BRIEN LAW, P.A.<br>6541 NE 21st Way<br>Ft. Lauderdale, Florida 33308<br>Telephone: (561) 676-6370<br>Fax: (561) 320-0285<br>E-Mail: cullin@cullinobrienlaw.com |
|---|---|

## CERTIFICATION PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

I certify that counsel for the Plaintiffs conferred in good faith with counsel for Defendant Steven Novella prior to filing the Motion and he agrees to the relief sought herein.

_s/ Cullin O'Brien___
Cullin O'Brien

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email on November 16, 2015, upon the counsel or parties of record listed on the attached Service List.

_Cullin O'Brien___
Cullin O'Brien

Defense counsel:
Marc John Randazza
Jay Marshall Wolman
Randazza Legal Group
3625 South Town Center Drive
Las Vegas, NV 89135
Email: MJR@randazza.com, JMW@randazza.com