UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDWARD TOBINICK, M.D., *et al.*, | Case No: 9:14-cv-80781-RLR |
| Plaintiffs, | |
| v. | |
| STEVEN NOVELLA, M.D, *et al.*, | |
| Defendants. | |

**DEFENDANT'S LIMITED OPPOSITION TO
PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant, Dr. Steven Novella, by and through the undersigned counsel, hereby files this Limited Opposition to Plaintiffs' Motion to File Documents Under Seal (DE 302).

On November 16, 2015, Plaintiffs filed their Motion to File Documents Under Seal, which contained a paragraph that moved this Court to permit the filing of the sealed documents in the public record should the Court deny their motion "for any reason."

If Plaintiffs' motion is denied, the materials should not be permitted to be filed. They contain confidential tax material that bears no relevance to the issue of whether the articles constituted commercial speech. Defendant only consented as to their filing status, not their evidentiary value. Filing such documents in the public record conflicts with Dr. Novella's privacy rights.

Dated November 16, 2015.                Respectfully Submitted,

/s/ Marc J. Randazza
_____
Marc J. Randazza, Esq.
Florida Bar No. 625566
California Bar No. 269535
J. Marshall Wolman, Esq.
*Admitted Pro Hac Vice*
RANDAZZA LEGAL GROUP, PLLC
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

RANDAZZA | LEGAL GROUP

CASE NO.: 9:14-cv-80781-RLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC