UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-80781-ROSENBERG/HOPKINS

EDWARD TOBINICK, M.D., an individual, et al.,

    Plaintiffs,

v.

STEVEN NOVELLA, M.D., an individual,

    Defendant.

                                         /

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon Defendants Dr. Steven Novella and the Society for Science-Based Medicine, Inc. ("the Society")'s motion for reimbursement of their appellate fees and costs, DE 366 & DE 367, which was previously referred to the Honorable James M. Hopkins for a Report and Recommendation, DE 369. On November 29, 2017, Judge Hopkins issued a Report and Recommendation recommending that Defendant Novella's Motion for Appellate Attorneys' Fees and Costs be granted in part and denied apart and that Defendant Novella be awarded $106,212.50 ($103,587.50 in attorneys' fees and $2,625.00 in paralegal fees); and that Defendant the Society for Science-Based Medicine Inc.'s Motion for Appellate Attorneys' Fees be granted and that Defendant the Society be awarded $27,220.00 in attorneys' fees. DE 372. Plaintiffs filed objections. DE 373. The Court has conducted a *de novo* review of Magistrate Judge Hopkins's Report and Recommendation, the objections, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Hopkins's recommendation to be well reasoned and

correct. The Court agrees with the analysis in Judge Hopkins's Report and Recommendation and concludes that the fees and costs should be awarded as recommended for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Hopkins's Report and Recommendation [DE 372] is hereby **ADOPTED**;

2. Defendant Novella's Motion for Appellate Attorneys' Fees and Costs [DE 367] is **GRANTED IN PART AND DENIED IN PART** as follows:

   | | |
   |---|---|
   | Attorneys' Fees | $103,587.50 |
   | Paralegal Fees | $2,625.00 |
   | TOTAL | $106,212.50; |

3. Defendant the Society for Science-Based Medicine Inc.'s Motion for Appellate Attorneys' Fees [DE 367] as follows:

   | | |
   |---|---|
   | Attorneys' Fees | $27,220.00. |

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 15th day of December, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record