UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EDWARD TOBINICK, M.D., et al.,

    Plaintiffs,

v.

STEVEN NOVELLA, M.D., et al.

    Defendants.

Case No: 9:14-cv-80781-RLR

## NOTICE OF WITHDRAWAL OF FEBRUARY 22, 2018 SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES

On November 27, 2017, Defendant Steven Novella, M.D. filed a motion in the U.S. Court of Appeals for the Eleventh Circuit for fees and expenses for having prevailed against Plaintiffs' two Supreme Court petitions (Docket Nos. 16-1281 & 17-344) as to the merits of their claims. On January 23, 2018, the Eleventh Circuit issued an order denying without prejudice the Defendant's request "without prejudice to his filing said motion in the district court."

On February 22, 2018, Defendant Steven Novella, M.D. served a Supplemental Motion for Attorneys' Fees and Expenses upon counsel for Plaintiffs pursuant to SDFL Local Rule 7.3(b). Following Defendant's request to confer and attempt in good faith to agree on entitlement to and the amount of fees and expenses pursuant to the local rule, the parties were able to resolve the motion to the satisfaction of all parties.

Plaintiffs issued payment for the particular claim for fees and expenses claimed in the Supplemental Motion for Attorneys' Fees and Expenses and that payment applies specifically and only toward the fees and expenses claimed in that particular motion. Additional fee liability is anticipated in connection with Appeal Nos. 16-16210 & 18-10175.

RANDAZZA | LEGAL GROUP

WHEREFORE Defendant hereby gives notice that the February 22. 2018 motion has been resolved to the satisfaction of all parties, without prejudice to any other claim for attorneys' fees, expenses, and/or costs, brought by or to be brought by Dr. Novella, and that such motion is, hereby, withdrawn.

Dated March 21, 2018.                Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza
J. Marshall Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Tele: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Case No. 9:14-cv-80781-RLR

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

*/s/ Troy Rothell*

Employee,
Randazza Legal Group, PLLC
