# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 27, 2018

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 18-10175-FF
Case Style: Edward Tobinick, et al v. Steven Novella
District Court Docket No: 9:14-cv-80781-RLR

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Janet K. Mohler, FF/lt
Phone #: (404) 335-6178

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 18-10175-FF
_____

EDWARD LEWIS TOBINICK, MD
a medical corporation d.b.a. The Institute of Neurological Recovery,
INR PLLC,
a Florida professional limited liability company d.b.a. Institute of Neurological Recovery,
M.D. EDWARD TOBINICK,
an individual,

                                                    Plaintiffs - Appellants,

THE INSTITUTE OF NEUROLOGICAL RECOVERY, et al.,

                                                    Plaintiffs,

versus

M.D. STEVEN NOVELLA,
an individual,

                                                    Defendant - Appellee,

YALE UNIVERSITY,
a Conneticut corporation, et al.,

                                                    Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellants INR PLLC, Edward Tobinick and Doctor Edward Lewis Tobinick's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-

1(a), the above referenced appeal was duly entered dismissed on this date, effective March 27, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Janet K. Mohler, FF, Deputy Clerk

FOR THE COURT - BY DIRECTION