UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80781-RLR

EDWARD TOBINICK, M.D., an individual, et al.,

                Plaintiffs,

vs.

STEVEN NOVELLA, M.D., an individual,

                Defendant.

**PLAINTIFFS' MOTION REGARDING DISBURSEMENT OF THE $285,763.23 BOND [DKT. NOS. 337-338] POSTED TO SATISFY THE $259,784.75 JUDGMENT [DKT. NO. 334]**

Plaintiffs Edward Lewis Tobinick, M.D., A Medical Corporation d/b/a The Institute of Neurological Recovery, INR PLLC d/b/a Institute of Neurological Recovery, and Edward Tobinick, M.D. ("Plaintiffs") move this Court regarding the $285,763.23 bond posted, [Dkt. Nos. 337-338], to satisfy the $259,784.75 judgment entered on September 20, 2016 [Dkt. No. 334] (hereinafter "Judgment").  In support thereof, Plaintiffs state as follows:

1. On September 20, 2016, this Court entered the $259,784.75 Judgment for Defendant Novella. [Dkt. No. 334].

2. On September 21, 2016, Plaintiffs posted a total bond of $285,763.23 bond with the Clerk to satisfy the Judgment, should their appeal from the Judgment not be successful.  [Dkt. Nos. 337-338].  The total bond of $285,763.23 was 110% of the $259,784.75 Judgment. [Dkt. No. 336].

3. On September 30, 2016, this Court entered an order staying execution of the Judgment, pending the outcome of the appeal from the Judgment. [Dkt. No. 343].

4. Plaintiffs' appeal from the Judgment was not successful and on June 12, 2018, the 11th Circuit Court of Appeals issued a mandate affirming the Judgment. [Dkt. No. 380].

5. Accordingly, Plaintiffs respectfully ask this Court for an order requiring the Clerk to disburse monies from the bond to Defendant Novella to satisfy the Judgment and for the remaining monies to be returned to Plaintiffs.  Plaintiffs calculate and propose the disbursement of the $285,763.23 bond posted as follows: (a) $262,524.29 to Defendant Novella, made up of $259,784.75 in the Judgment plus $2,738.54 in interest; and, (b) $23,238.94 to Plaintiffs.

6. WHEREFORE, for the foregoing reasons and reasons, Plaintiffs respectfully ask this Court to grant this motion.

## Certificate of Pre-Filing Conference

Defendant Novella opposes this motion, stating, "We oppose your motion to the extent it miscalculates the interest that will be due upon entry of the order and for the residue to be released to Plaintiffs." Defendant Novella, however, has not provided a different interest amount than $2,738.54 in interest.  Defendant Novella has also filed a competing motion to disburse the funds, [Dkt. No. 381], which Plaintiffs will oppose as soon as possible.

Respectfully submitted,

|  | *s/Cullin O'Brien*<br>Cullin O'Brien<br>Fla. Bar. No. 0597341 |
|---|---|

1

|   |   |
|---|---|
|   | CULLIN O'BRIEN LAW, P.A.<br>6541 NE 21st Way<br>Ft. Lauderdale, Florida 33308<br>Telephone: (561) 676-6370<br>Fax: (561) 320-0285<br>E-Mail: cullin@cullinobrienlaw.com |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the foregoing with the ECF system and served same on defense counsel this June 13, 2018.

*/s/ Cullin O'Brien*
Cullin O'Brien

Defense counsel:

Marc John Randazza
Randazza Legal Group
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Email: MJR@randazza.com