UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-80781-ROSENBERG/HOPKINS

EDWARD TOBINICK, M.D., an individual,
et al.,

      Plaintiffs,

v.

STEVEN NOVELLA, M.D., an individual,

      Defendant.

_____/

**ORDER GRANTING IN PART
AND DENYING IN PART DEFENDANTS'
MOTION TO DISTRIBUTE SUPERSEDEAS BONDS
AND GRANTING IN PART AND DENYING IN PART
PLAINTIFFS' MOTION REGARDING DISBURSEMENT OF THE
$285,763.23 BOND POSTED TO SATISFY THE $259,784.75 JUDGMENT**

This matter is before the Court upon Defendant's Motion to Distribute Supersedeas Bonds, DE 381, and Plaintiffs' Motion Regarding Disbursement of the $285,763.23 Bond [Dkt. Nos. 337-338] Posted to Satisfy the $259,784.75 Judgment [Dkt. No. 334], DE 382. The Court has reviewed the motions, the record, and is otherwise fully advised in the premises.

It is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Distribute Supersedeas Bonds [DE 381] is **GRANTED IN PART AND DENIED IN PART**;

2. Plaintiffs' Motion Regarding Disbursement of the $285,763.23 Bond [Dkt. Nos. 337-338] Posted to Satisfy the $259,784.75 Judgment [Dkt. No. 334] [DE 382] is **GRANTED IN PART AND DENIED IN PART**;

3. $262,557.56 shall be distributed to Defendant Steven Novella, M.D.

4. The residual amount, $23,205.67, and any accrued interest shall be distributed to Plaintiffs Edward Lewis Tobinick, M.D., a Medical Corporation d/b/a The

Institute of Neurological Recovery; INR PLLC d/b/a Institute of Neurological Recovery; and Edward Tobinick.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of June, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record